UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIERA WASHINGTON
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

WALDGREEN et al.
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

___ Civ. _____ (___)(___)

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

I, CIERA WASHINGTON _____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    N/A
    _____
    _____

2. If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    06/2015 - 02-2016   $870 every two weeks

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    Welfare, Public Assistance, Unemployment.

    a) Are you receiving any public benefits?    ☐ No.   ☒ Yes, $ 100 biweekly
    b) Do you receive any income from any other source?  ☒ No.   ☐ Yes, $ _____

Rev. 05/2010                           1

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☑ No.   ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☑ No.   ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

☐ No.   ☑ Yes, _170 weekly_

7. List the person(s) that you pay money to support and the amount you pay each month.

_Sara Gibbs     $680 month_

8. State any special financial circumstances which the Court should consider.

_bout to be evicted no job was robbed at gun point then terminated, my whole income is gone can not support myself._

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __21__ day of __March__, 20__17__
           date              month              year

_Ciera Ward_
Signature

Rev. 05/2010                              2

[Notary stamp: Notary Public, State of New York, Qualified in [Bronx] County, My Commission Expires 11/0/2021]