UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
CIERA WASHINGTON,

      Plaintiff,

  -against-              No. 17-cv-2393 (JMF)

WALGREENS; WALGREENS CO.; DUANE    **RULE 7.1 DISCLOSURE**
READE; DUANE READE INC.; DUANE READE  **STATEMENT**
INTERNATIONAL, LLC; and Individually and
Jointly, LUIS GUERRERO; GERMAINE ALLEN;
VIVIAN GHOBRIAL; and CRYSTAL BECKRUM,

      Defendants.
------------------------------------------------------------------ x

  Pursuant to Federal Rule of Civil Procedure 7.1 and the Local Rules of the U.S. District Court for the Southern District of New York, Defendants Walgreens, Walgreen Co. (incorrectly named herein as Walgreens Co.), Duane Reade, Duane Reade Inc., and Duane Reade International, LLC, by and through their attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby state that: Walgreens and Duane Reade are trade names for Walgreen Co. and Duane Reade, Inc., respectively, and are not legal entities. Duane Reade International, LLC was a wholly-owned subsidiary of Duane Reade, Inc., but is no longer a legal entity.

  Duane Reade, Inc. is a wholly-owned subsidiary of Duane Reade Holdings, Inc. Duane Reade Holdings, Inc. is a wholly-owned subsidiaries of Walgreen Co. Walgreen Co. is a wholly-owned subsidiary of Walgreens Boots Alliance, Inc. Walgreens Boots Alliance, Inc. is a publicly traded corporation on the NASDAQ Stock Exchange.

Dated:  New York, New York
        July 31, 2017

                              OGLETREE, DEAKINS, NASH,
                               SMOAK & STEWART, P.C.

                              By: /s Aaron Warshaw
                                  Aaron Warshaw
                                  Nicole A. Welch
                             1745 Broadway, 22nd Floor
                             New York, New York 10019
                             (212) 492-2500
                             aaron.warshaw@ogletreedeakins.com
                             nicole.welch@ogletreedeakins.com

                             *Attorneys for Defendants Walgreens, Walgreens Co., Duane Reade, Duane Reade Inc., and Duane Reade International, LLC*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on July 31, 2017, the foregoing Rule 7.1 Disclosure Statement was electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record for all parties.

>Laurie E. Morrison, Esq.
>LAW OFFICES OF LAURIE E. MORRISON
>100 Church Street, 8th Floor
>New York, New York 10007
>*Attorney for Plaintiff*

>*/s Nicole A. Welch*
>Nicole A. Welch

30702569.2