# **EXHIBIT H**

## Laurie E. Morrison, Esq.

| | |
|---|---|
| **From:** | Welch, Nicole A. <nicole.welch@ogletree.com> |
| **Sent:** | Monday, March 19, 2018 5:21 PM |
| **To:** | Laurie E. Morrison, Esq. |
| **Cc:** | Warshaw, Aaron |
| **Subject:** | Washington v. Walgreens |
| **Attachments:** | Washington - Defendants_ Responses and Objections to Plaintiff_s Post-Deposition Requests.PDF; DR 002441-DR 002445.pdf; DR 002446-DR 002675.pdf; DR 002676-DR 002690.pdf; DR 002691-DR 002701.pdf; Washington - Ltr to Laurie Morrison encl. doc production  2018-03-19.pdf |

Laurie,

Please find attached Defendants' Responses and Objections to Plaintiff's requests made during and after the defenses witnesses' depositions. Defendants' supplemental document production bearing Bates numbers DR 002441-2701 is also attached.

Today we also sent you a disc containing additional medical records received from Plaintiff's healthcare providers, Bates-stamped DR 000852-2440.

Thank you,
Nicole


**Nicole A. Welch | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
1745 Broadway, 22nd Floor | New York, NY 10019 | Telephone: 212-492-2095 | Fax: 212-492-2501
nicole.welch@ogletree.com | www.ogletree.com | Bio


*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

### Reporting Party [?] (1)
- First Name: [redacted]
- Middle Name: [redacted]
- Last Name: [redacted]
- Employee ID: [redacted]
- Job Title: [redacted]

**Witness [?]**: Yes

### Witness [?] (2)

| | |
|---|---|
| First Name: [redacted] | First Name: [redacted] |
| Middle Name: [redacted] | Middle Name: [redacted] |
| Last Name: [redacted] | Last Name: [redacted] |
| Employee ID: [redacted] | Employee ID: [redacted] |
| Job Title: [redacted] | Job Title: [redacted] |

**Person with Knowledge [?]**: No
**Parent or Guardian**: No
**Person Acting in Concert (If not already documented as an additional Subject) [?]**:
**Victim [?]**: No

### Allegation(s)

| Subject of Allegation | Allegation | Specific Type | Method | Allegation Status |
|---|---|---|---|---|
| [redacted] ALLEN (Subject Information) | Employee Treatment/Conduct | Harassment Policy | Gender / Sex | Undetermined |
| [redacted] ALLEN (Subject Information) | Theft or Fraud | Payroll Fraud | Wage and Hour Manipulation by Team Member | Confirmed |

### Subject Disposition

| | | | |
|---|---|---|---|
| * Did you interview the Subject? | Yes | * Was the Subject Suspended? | Yes |
| Date Interviewed | 6/3/2016 | * Final Subject Disposition | Terminated |
| Did You Have a Witness for the Interview? | Yes | Separation Date | 6/6/2016 |
| First Name of Witness: | [redacted] | If the Subject was interviewed, did the person who witnessed the interview also inform the employee of termination? | No |
| Last Name of Witness: | [redacted] | * First Name of Person Informing Employee of Termination | [redacted] |
| | | Last Name of Person Informing Employee of Termination | [redacted] |

DR 002442
5/16/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
TEASIA MARTIN,

                               Plaintiff,

-against-

WALGREEN CO., DUANE READE INC.,
ALAMGIR KABIR, *Individually*,
MICHAEL GEYER, *Individually*,
VIVIAN GHOBRIAL, *Individually*, and
MIKE CONWAY, *Individually*,

                               Defendants.
------------------------------------------------------------------X

Case No.

**COMPLAINT**

**PLAINTIFF DEMANDS
A TRIAL BY JURY**

Plaintiff, TEASIA MARTIN, by her attorneys, PHILLIPS & ASSOCIATES, Attorneys at Law, PLLC, hereby complains of the Defendants, upon information and belief, as follows:

## NATURE OF THE CASE

1. Plaintiff complains pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166 ("Title VII"), and the New York City Human Rights Law, New York City Administrative Code §8-502(a), *et. seq.* ("NYCHRL"), and seeks damages to redress the injuries Plaintiff has suffered as a result of being **Discriminated Against** on the basis of her **Race (African-American/Black)** and **National Origin (American)** and **Retaliated Against** by her employer solely for complaining of discrimination.

## JURISDICTION AND VENUE

2. Jurisdiction of this Court is proper under 42 U.S.C. §2000e-5(f)(3), and 28 U.S.C.

CONFIDENTIAL

DR 002676