# EXHIBIT I

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**CIERA WASHINGTON,**

                **Plaintiff,**

      **-against-**

**WALGREENS; WALGREENS CO.; DUANE READE; DUANE READE INC.; DUANE READE INTERNATIONAL, LLC; and Individually and Jointly, LUIS GUERRERO; GERMAINE ALLEN; VIVIAN GHOBRIAL; and CRYSTAL BECKRUM.**

                **Defendants.**

-------------------------------------------------------------------X

Civ. Action No.: 17-cv-2393 (JMF)

**PLAINTIFF'S COMBINED FIRST SET OF INTERROGATORIES AND REQUESTS FOR THE PRODUCTION OF TO DEFENDANTS DUANE READE; DUANE READE INC.; DUANE READE INTERNATIONAL, LLC**

      **PLEASE TAKE NOTICE** that Plaintiff by and through Plaintiff's attorney, the Law Office of Laurie E. Morrison, and pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure and Rules 26.3 and 26.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York (hereinafter, the "Local Rules"), hereby requests that Duane Reade; Duane Reade Inc.; Duane Reade International, LLC (collectively, "Defendant") serves upon the undersigned: 1) separate and complete answers, sworn to under oath for each of the following interrogatories; 2) all electronically stored information/documents described below via email in PDF Format to the Law Offices of Laurie E. Morrison at email address: morrison@lemorrisonlaw.com, pursuant to Fed. R. Civ. P. 34(b)(1)(C); and 3) that Defendant produce and permit Plaintiff to inspect and copy all documents described below that were not electronically stored at the Law Office of Laurie E. Morrison, 100 Church Street, 8th Floor, New York City, New York, 10007, within 30 days of service of these interrogatories and

relevant to Plaintiff or to the subject matter of the instant lawsuit that have not already been Produced in response to preceding Interrogatories or Document Requests.

58. Produce copies of the complete personnel or employee file of Defendant Germaine Allen, including, but not limited to, the jacket of the file, resume, applications for positions of employment or work with Defendant, performance evaluations or reviews, accommodations, awards, written warnings, reprimands, disciplinary actions (formal or informal, verbal or written), any complaints and/or allegations (formal or informal, verbal or written) pertaining to discrimination, harassment, retaliation, disparate treatment, questionable disciplinary actions involving or referencing Defendant Germaine Allen.

59. Produce copies of any and all documents maintained in any file relating to, concerning or referencing allegations of discrimination, harassment, retaliation, disparate treatment, questionable disciplinary actions, and/or wrongful termination of employment involving or referencing Defendant Germaine Allen that have not already been Produced in response to preceding Interrogatories or Document Requests.

60. Produce copies of any and all documents maintained in any file relating to, concerning or referencing Defendant Germaine Allen that pertain to, concern, reference or may be relevant to Plaintiff or to the subject matter of the instant lawsuit that have not already been Produced in response to preceding Interrogatories or Document Requests.

61. Produce copies of the complete personnel or employee file of Defendant Vivian Ghobrial, including, but not limited to, the jacket of the file, resume, applications for positions of employment or work with Defendant, performance evaluations or reviews, accommodations, awards, written warnings, reprimands, disciplinary actions (formal or informal, verbal or written), any complaints and/or allegations (formal or informal, verbal or written) pertaining to

24

discrimination, harassment, retaliation, disparate treatment, questionable disciplinary actions involving or referencing Defendant Vivian Ghobrial.

62. Produce copies of any and all documents maintained in any file relating to, concerning or referencing allegations of discrimination, harassment, retaliation, disparate treatment, questionable disciplinary actions, and/or wrongful termination of employment involving or referencing Defendant Vivian Ghobrial that have not already been Produced in response to preceding Interrogatories or Document Requests.

63. Produce copies of any and all documents maintained in any file relating to, concerning or referencing Defendant Vivian Ghobrial that pertain to, concern, reference or may be relevant to Plaintiff or to the subject matter of the instant lawsuit that have not already been Produced in response to preceding Interrogatories or Document Requests.

64. Produce copies of the complete personnel or employee file of Defendant Crystal Beckrum/Beckum, including, but not limited to, the jacket of the file, resume, applications for positions of employment or work with Defendant, performance evaluations or reviews, accommodations, awards, written warnings, reprimands, disciplinary actions (formal or informal, verbal or written), any complaints and/or allegations (formal or informal, verbal or written) pertaining to discrimination, harassment, retaliation, disparate treatment, questionable disciplinary actions involving or referencing Defendant Crystal Beckrum/Beckum.

65. Produce copies of any and all documents maintained in any file relating to, concerning or referencing allegations of discrimination, harassment, retaliation, disparate treatment, questionable disciplinary actions, and/or wrongful termination of employment involving or referencing Defendant Crystal Beckrum/Beckum that have not already been Produced in response to preceding Interrogatories or Document Requests.

103. Provide copies of all documents relating to or concerning Plaintiff or the subject matter of the instant lawsuit or that may be relevant to the instant lawsuit that have not already been provided in response to the preceding Interrogatories or Document Requests.

Dated: New York, New York
September, 13 2017

LAW OFFICES OF LAURIE E. MORRISON

By: _____

Laurie E. Morrison, Esq.

100 Church Street, 8th Floor
New York, New York 10007
(212) 721-4051 (office)
(646) 457-8347 (cell)
(646) 651-4821 (fax)
morrison@lemorrisonlaw.com

**TO:**
Nicole A. Welch, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1745 Broadway, 22nd Floor
New York, NY 10019
Telephone: 212-492-2095
Fax: 212-492-2501
nicole.welch@ogletree.com