# EXHIBIT J

Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    Civil Case NO.  17-CV-02393
      ---------------------------------------------X
 4    CIERA WASHINGTON,
 5                         Plaintiff,
 6         -against-
 7    WALGREENS; WALGREENS CO.; DUANE READE; DUANE
      READE INC.; DUANE READE INTERNATIONAL, LLC;
 8    and Individually and Jointly; LUIS GUERRERO;
      GERMAINE ALLEN; VIVIAN GHOBRIAL; and CRYSTAL
 9    BECKRUM,
10                         Defendants.
11    ---------------------------------------------X
12                   1250 Broadway
                     New York, New York
13
14                   February 14, 2018
                     10:04 a.m.
15
16              PORTIONS CONFIDENTIAL
                ATTORNEYS' EYES ONLY
17
18         EXAMINATION BEFORE TRIAL of DEFENDANT,
19    GERMAINE ALLEN, by the Plaintiff in the
20    above-entitled action, held at the above time
21    and place, taken before JENNIFER CRUZ, a
22    Professional Shorthand Reporter and Notary
23    Public of the State of New York, pursuant to
24    Notice and stipulations between Counsel.
25
```

```
                                                    Page 38                                                     Page 40
 1              G. ALLEN                                       1              G. ALLEN
 2         MR. WARSHAW:  Objection to form.                    2    clearer.
 3      A.  Maybe on the complaint.                            3          Were you fired?
 4      Q.  Okay.  So in the complaint you                     4      A.  Yes.
 5   remember reviewing information related to                 5      Q.  Defendants fired you in early
 6   that?                                                     6   June 2016?
 7         MR. WARSHAW:  Objection to form.                    7      A.  Yes.
 8      A.  I don't remember exact wording,                    8      Q.  And what were the circumstances
 9   but...                                                    9   surrounding your firing?
10      Q.  But?                                              10      A.  Lack of work.
11      A.  That's the only information.  It was              11      Q.  That's what they claimed?
12   a long time ago I read it, so I don't                    12      A.  Yes.
13   remember exact wording.                                  13      Q.  Any other circumstances?
14      Q.  Okay.  And the harassment charge                  14      A.  No.
15   that plaintiff is making, do you recall                  15      Q.  How did you come to learn you were
16   receiving any information of any kind,                   16   fired?
17   whether it's the complaint, anything, related            17      A.  They call me to the office.
18   to plaintiff's charges of harassment?                    18      Q.  Who called you in the office?
19         MR. WARSHAW:  Objection to form.                   19      A.  The loss prevention manager and the
20      A.  No.                                               20   district manager.
21      Q.  You don't, at all?                                21      Q.  Loss prevention manager's name?
22      A.  No.                                               22      A.  Don't remember his exact name.
23      Q.  Okay, moving on.                                  23      Q.  But it's a he?
24          You said you never participated in a              24      A.  Yes, a he.
25   deposition before?                                       25      Q.  Okay.  Could it have been David

                                                    Page 39                                                     Page 41
 1              G. ALLEN                                       1              G. ALLEN
 2      A.  Yes.                                               2   Jenny?
 3      Q.  And that's correct?                                3      A.  Yes, that's him, David Jenny.
 4      A.  Yes.                                               4      Q.  David Jenny?
 5      Q.  Have you ever -- strike that.                      5      A.  Mm-hum.
 6          Are you a current employee of                      6         MR. WARSHAW:  Yes?
 7   defendants?                                               7         THE WITNESS:  Yes.
 8      A.  No.                                                8      Q.  Okay.  And how about the district
 9      Q.  When did your employment with                      9   manager?
10   defendants end?                                          10      A.  Robert, but don't remember the last
11      A.  June 2016.                                        11   name.
12      Q.  June 2016?                                        12      Q.  Patchiarchi (phonetic), something
13      A.  Yes.                                              13   like that?
14      Q.  Do you know about when in June 2016?              14      A.  Yes, something like that.
15      A.  I don't remember the exact date.                  15      Q.  Okay.  I just ask the court reporter
16      Q.  Was it mid June?                                  16   to put a line next to the -- for you to
17      A.  No, early June.                                   17   insert Robert's last name when you learn of
18      Q.  Early June?                                       18   the spelling.
19      A.  Mm-hum.                                           19          Okay?
20         MR. WARSHAW:  Yes?                                 20      A.  Yeah.
21         THE WITNESS:  Yes.                                 21   (INSERT):_____.
22      Q.  Early June being before June 15th?                22      Q.  And anyone else notify you that you
23      A.  Yes.                                              23   were fired?
24      Q.  Okay.  And how did -- what were the               24      A.  No, that's it.
25   circumstances surrounding -- let me be even              25      Q.  Okay.  How did they call you to come
```

Page 166

G. ALLEN

1
2  someone treats someone badly in retaliation
3  for a complaint?
4      MR. WARSHAW: Objection to form.
5   A. Yes.
6   Q. Okay. Is that your understanding,
7  in sum and substance, of the term
8  retaliation?
9   A. Yes.
10  Q. Okay. Now, if I represent to you
11 that retaliation is retaliating against -- or
12 doing something negative to someone in
13 retaliation against a complaint, I'm meaning
14 in retaliation against a complaint of
15 unlawful activity like discrimination,
16 unlawful discrimination, unlawful harassment;
17 do you understand that?
18  A. Yes.
19  Q. Okay. So when I speak of
20 retaliation, that is the meaning.
21     Do you understand that?
22     MR. WARSHAW: Objection to form.
23  A. Yes.
24  Q. That we can agree on; correct?
25  A. Yes.

Page 167

G. ALLEN

1
2   Q. That is your understanding of
3  retaliation?
4   A. Yes.
5      MR. WARSHAW: Objection to form.
6   Q. Now, when we discussed retaliation
7  at any time previously from the beginning of
8  your deposition to right now, was that your
9  understanding of retaliation?
10     MR. WARSHAW: Objection to form.
11  A. No.
12  Q. Was your understanding of -- what
13 was your understanding of retaliation when
14 you answered questions at any point from the
15 beginning of the deposition until now?
16     MR. WARSHAW: Objection to form.
17  Q. Was it that someone is treated
18 negatively in retaliation against a
19 complaint?
20  A. Yes.
21  Q. Okay. So you answered questions
22 previously from the beginning of the
23 deposition until now with the understanding
24 of retaliation that you just stated; correct?
25  A. Yes.

Page 168

G. ALLEN

1
2   Q. Okay. And how about harassment,
3  what's your understanding of the term
4  harassment, or harass or a similar
5  derivation?
6   A. Like when somebody keep on harassing
7  you about something.
8   Q. Okay.
9   A. Yeah.
10  Q. Harassing means treating negatively
11 in any way?
12     MR. WARSHAW: Objection to form.
13  A. That I don't know.
14  Q. Calling you bad names, doing
15 negative behaviors.
16     Harassment, you understand, can mean
17 verbal, physical, activities, firing -- well,
18 it's treating someone negatively, harassing;
19 is that correct?
20     MR. WARSHAW: Objection to form.
21  A. Yes.
22  Q. Okay. When we were talking about
23 harassment or harass or other terms, other
24 derivations of that word, was that your
25 understanding of it?

Page 169

G. ALLEN

1
2   A. Yes.
3   Q. Okay. And so going forward, let
4  that continue to be your understanding; yes?
5   A. Yes.
6   ==Q. Okay. So again, has anyone ever==
7  ==accused you -- strike that.==
8      ==Have you ever been involved in any==
9  ==claims of discrimination?==
10  ==A. No.==
11  ==Q. Including this one?==
12  ==A. No.==
13  ==Q. You're aware that plaintiff is==
14 ==claiming that you were involved in her==
15 ==discrimination; right?==
16  ==A. Yes.==
17  ==Q. Okay. So other than plaintiff, has==
18 ==anyone else ever claimed that you were==
19 ==involved with discrimination?==
20  ==A. No.==
21  ==Q. Okay. How about harassment, you're==
22 ==aware that plaintiff is claiming you harassed==
23 ==her; right?==
24  ==A. Yes.==
25  ==Q. And you're aware that plaintiff is==

43 (Pages 166 - 169)

```
                                    Page 170
 1                G. ALLEN
 2   alleging that you were involved with
 3   harassment that occurred against her; right?
 4       A.  Yes.
 5       Q.  Okay.  Has anyone other than
 6   plaintiff ever alleged that you were involved
 7   in any harassment against them?
 8       A.  No.
 9       Q.  How about retaliation?
10           You are aware that plaintiff is
11   charging that you were involved in
12   retaliation against her; correct?
13       A.  Yes.
14       Q.  Okay.  Has anyone ever accused you,
15   other than plaintiff, of being involved in
16   retaliation against them?
17       A.  No.
18       Q.  Okay.  Have you ever alleged that
19   you were discriminated against at work?
20       A.  No.
21       Q.  Have you ever alleged that someone
22   at work harassed you?
23       A.  No.
24       Q.  Have you ever alleged -- when I say
25   "alleged," I mean generally, have you ever
```

```
                                    Page 171
 1                G. ALLEN
 2   claimed that someone retaliated against you
 3   at work?
 4       A.  No.
 5       Q.  Okay.  Have you ever heard, while
 6   you were an employee of defendants, anyone
 7   claiming that any of the defendants ever
 8   discriminated against them?
 9       A.  No.
10       Q.  How about the same question with
11   respect to harassment?
12       A.  No.
13       Q.  And with respect to retaliation, are
14   you aware of any claims that someone alleges
15   that any of the defendants retaliated against
16   them?
17       A.  No.
18       Q.  Okay.  So that means you have no
19   awareness of any of that?
20       A.  No.
21       Q.  Correct?
22       A.  Correct.
23       Q.  Okay.  I just want to make sure it
24   reads in a way that you mean it to read on
25   the transcript.
```

```
                                    Page 172
 1                G. ALLEN
 2       Q.  When defendants fired you, do you
 3   believe that they were treating you fairly?
 4       A.  I don't know.
 5       Q.  How do you feel about it, being
 6   fired by defendants?
 7           MR. WARSHAW:  Objection to form.
 8       A.  I don't know.
 9       Q.  You don't know how you feel?
10           MR. WARSHAW:  Objection to form.
11       A.  At that time I don't remember how I
12   feel.
13       Q.  Were you happy at the time when you
14   were fired?
15           MR. WARSHAW:  Objection to form.
16       A.  No.
17       Q.  Okay.  So you remember being unhappy
18   at the time when defendants fired you;
19   correct?
20           MR. WARSHAW:  Objection to form.
21       A.  Yes.
22       Q.  Okay.
23           MS. MORRISON:  What's the grounds
24       of your objection?
25           MR. WARSHAW:  It's been asked and
```

```
                                    Page 173
 1                G. ALLEN
 2   answered, but he answered it again.
 3           MS. MORRISON:  Okay.
 4       Q.  Why were you unhappy at the time
 5   when defendants fired you?
 6       A.  I don't know.
 7       Q.  You don't remember why you were
 8   unhappy about being fired?
 9       A.  No.
10       Q.  Okay.  How do you feel about
11   defendants firing you now?
12           In other words, currently as you're
13   sitting here in the deposition, what are your
14   feelings, if any, with respect to defendants
15   firing you?
16       A.  I don't know.
17       Q.  You don't know how you feel
18   currently about being fired?
19       A.  No.
20       Q.  Okay.  Are you happy currently that
21   you were fired by defendants?
22       A.  I don't know.
23       Q.  You don't know if you're happy?
24       A.  No.
25       Q.  Okay.  Do you have any issues, as
```