# EXHIBIT L

| | |
|---|---|
| **Job Title** Duane Reade Store Manager | |
| **Witness [?]** | No |
| Witness [?] (0) | |
| **Person with Knowledge [?]** | No |
| Person with Knowledge [?] (0) | |
| **Parent or Guardian** | No |
| Parent or Guardian (0) | |

Person Involved with Investigation [?] (0)

**Person Acting in Concert (If not already documented as an additional Subject) [?]**
Persons Acting In Concert (3)

| | |
|---|---|
| **First Name** JANYLL<br>**Middle Name**<br>**Last Name** █████<br>**Employee ID** █████<br>**Job Title** Cashier Duane Reade | **First Name** █████<br>**Middle Name** █<br>**Last Name** DAVIS<br>**Employee ID** █████<br>**Job Title** Cashier Duane Reade |
| **First Name** CIERA<br>**Middle Name** C<br>**Last Name** WASHINGTON<br>**Employee ID** █████<br>**Job Title** Shift Leader Duane Reade | |

Person of Interest [?] (0)

**Victim [?]** No
Victim (0)

**Allegation(s)**

| Subject of Allegation | Allegation | Specific Type | Method | Allegation Status |
|---|---|---|---|---|
| ███ SPEARS (Subject Information) | Theft or Fraud | Unauthorized Discounts | POS - Price Modify | ███ |
| ███ PEREZ (Persons Acting In Concert) | Theft or Fraud | Unauthorized Discounts | POS - Price Modify | ███ |
| ███ DAVIS (Persons Acting In Concert) | Theft or Fraud | Unauthorized Discounts | POS - Price Modify | ███ |
| ███ WASHINGTON (Persons Acting In Concert) | Theft or Fraud | Unauthorized Discounts | POS - Price Modify | ███ |

**\* Have You Finalized All Allegation Statuses?**

Should Compliance be notified?

## Subject Disposition

| | | | |
|---|---|---|---|
| **\* Did you interview the Subject?** | Yes | **\* Was the Subject Suspended?** | No |
| **Date Interviewed** | 11/9/2015 | **\* Final Subject Disposition** | Terminated |
| **Did You Have a Witness for the Interview?** | Yes | **Separation Date** | 11/9/2015 |
| | | If the Subject was interviewed, did the person who witnessed the interview also inform the employee of termination? | Yes |
| **First Name of Witness:** | Luis | Was Civil Demand reviewed with the Employee? | Yes |
| **Last Name of Witness:** | Guerrero | **\* Significant Case? [?]** | No |
| **Job Title of Witness:** | | **\* Employee Relations Consulted?** | No |
| **Verbal Admission?** | | **\* Subject Prosecuted?** | No |
| **Written Statement?** | | **\* Trespass Notice Issued? (Print Form Below & Have Subject Sign) [?]** | No |
| **\* Subject was Acting…** | | | |

## Investigation Detail

### Investigative Questions

| | |
|---|---|
| Were you assisted by any Corporate APS Personnel (Ex. Investigative Analyst)? | No |