# EXHIBIT M

# Laurie E. Morrison, Esq.

| | |
|---|---|
| **From:** | Welch, Nicole A. <nicole.welch@ogletree.com> |
| **Sent:** | Tuesday, March 20, 2018 1:26 PM |
| **To:** | Laurie E. Morrison, Esq. |
| **Cc:** | Warshaw, Aaron |
| **Subject:** | RE: Washington v. Walgreens - Defendants' Outstanding Production |

Laurie,

The video player and surveillance relating to the investigation into the price modifications by ▆▆▆▆ Spears and ▆▆▆ Perez can be accessed at the following link: https://▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

If you have any trouble accessing the videos, please let me know.

Thanks,
Nicole

**Nicole A. Welch | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
1745 Broadway, 22nd Floor | New York, NY 10019 | Telephone: 212-492-2095 | Fax: 212-492-2501
nicole.welch@ogletree.com | www.ogletree.com | Bio