# EXHIBIT A

write-ups or warnings, suspensions, Corrective Actions, PIPs, etc. that have not already been produced in response to the preceding Interrogatories or Document Requests.

**RESPONSE TO REQUEST NO. 33:**

The Walgreens and Duane Reade Defendants object to this Request on the grounds that it is vague, overly broad, unduly burdensome, and duplicative.  Subject to, and without waiving, these objections or the foregoing General Objections, the Walgreens and Duane Reade Defendants respond: *see* the Walgreens and Duane Reade Defendants' response to Request No. 32.

**REQUEST NO. 34:**  Produce copies of any and all documents relating to, concerning or referencing any complaints (formal or informal, verbal or written, direct or indirect) of alleged misconduct involving or referencing Plaintiff, including, but not limited to, complaints of alleged poor work performance, complaints of alleged discrimination, harassment and/or retaliation that have not already been produced in response to the preceding Interrogatories or Document Requests.

**RESPONSE TO REQUEST NO. 34:**

The Walgreens and Duane Reade Defendants object to this Request on the grounds that it is vague, overly broad, unduly burdensome, and duplicative.  Subject to, and without waiving, these objections or the foregoing General Objections, the Walgreens and Duane Reade Defendants respond: *see* the Walgreens and Duane Reade Defendants' response to Request No. 32 and Document Production # DR 000412-413; 000419-420.

**REQUEST NO. 35:**  Produce copies of any and all documents relating to, concerning or referencing any investigations (formal or informal, verbal or written, direct or indirect), if any, regarding alleged misconduct involving or referencing Plaintiff, including, but not limited to, claims of alleged poor work performance, claims that Plaintiff was involved in unauthorized price reductions of Defendants' products at work, complaints of alleged discrimination, harassment, disparate treatment, retaliation, derogatory comments or conduct, questionable disciplinary actions, suspension, and/or terminations of employment that have not already been produced in response to the preceding Interrogatories or Document Requests.

**RESPONSE TO REQUEST NO. 35:**

The Walgreens and Duane Reade Defendants object to this Request on the grounds that it is vague, overly broad, unduly burdensome, and duplicative. Subject to, and without waiving, these objections or the foregoing General Objections, the Walgreens and Duane Reade Defendants respond: *see* the Walgreens and Duane Reade Defendants' response to Request Nos. 20 and 34.

**REQUEST NO. 36:** Produce copies of any and all documents related to, concerning or referencing any policies, procedures or practices (formal or informal, verbal or written) that may pertain to Plaintiff, to Defendants and/or to the subject matter of the instant lawsuit, including, but not limited to, policies, procedures and practices concerning employee complaints of discrimination, harassment, retaliation, progressive discipline and employee discipline up to and including terminations of employment that were in effect at any time during Plaintiff's employment with Defendants.

**RESPONSE TO REQUEST NO. 36:**

The Walgreens and Duane Reade Defendants object to this Request on the grounds that it is vague, overly broad, unduly burdensome, and duplicative. Subject to, and without waiving, these objections or the foregoing General Objections, the Walgreens and Duane Reade Defendants respond: *see* the Walgreens and Duane Reade Defendants' Document Production pursuant to the Initial Protocols.

**REQUEST NO. 37:** Produce copies of any and all reports, notes or other documents provided to Defendants, or to anyone acting on Defendants' behalf, by any person contacted or retained for the purpose of serving as an expert in this lawsuit.

**RESPONSE TO REQUEST NO. 37:**

The Walgreens and Duane Reade Defendants object to this Request on the grounds that it is overly broad, unduly burdensome, premature, and assumes facts not admitted or otherwise established. The Walgreens and Duane Reade Defendants further object on the grounds that this Request seeks documents and correspondence that would be protected from disclosure by the attorney-client privilege or by the work product doctrine. Subject to, and without waiving, these objections or the foregoing General Objections, the Walgreens and Duane Reade Defendants

26

**REQUEST NO. 60:**  Produce copies of any and all documents maintained in any file relating to, concerning or referencing Defendant Germaine Allen that pertain to, concern, reference or may be relevant to Plaintiff or to the subject matter of the instant lawsuit that have not already been Produced in response to preceding Interrogatories or Document Requests.

**RESPONSE TO REQUEST NO. 60:**

The Walgreens and Duane Reade Defendants object to this Request on the grounds that it is overly broad, unduly burdensome.  Subject to, and without waiving, these objections or the foregoing General Objections, the Walgreens and Duane Reade Defendants respond: *see* the Walgreens and Duane Reade Defendants' Document Production # DR 000314-322; 000416-420.

**REQUEST NO. 61:**  Produce copies of the complete personnel or employee file of Defendant Vivian Ghobrial, including, but not limited to, the jacket of the file, resume, applications for positions of employment or work with Defendant, performance evaluations or reviews, accommodations, awards, written warnings, reprimands, disciplinary actions (formal or informal, verbal or written), any complaints and/or allegations (formal or informal, verbal or written) pertaining to discrimination, harassment, retaliation, disparate treatment, questionable disciplinary actions involving or referencing Defendant Vivian Ghobrial.

**RESPONSE TO REQUEST NO. 61:**

The Walgreens and Duane Reade Defendants object to this Request on the grounds that it is overly broad, unduly burdensome, and assumes facts not admitted nor otherwise established. The Walgreens and Duane Reade Defendants further object on the grounds that this Request seeks documents that are neither relevant to any party's claims or defenses nor proportional to the needs of the case.

**REQUEST NO. 62:**  Produce copies of any and all documents maintained in any file relating to, concerning or referencing allegations of discrimination, harassment, retaliation, disparate treatment, questionable disciplinary actions, and/or wrongful termination of employment involving or referencing Defendant Vivian Ghobrial that have not already been Produced in response to preceding Interrogatories or Document Requests.

**RESPONSE TO REQUEST NO. 62:**

The Walgreens and Duane Reade Defendants object to this Request on the grounds that it is overly broad, unduly burdensome, and assumes facts not admitted nor otherwise established.

36

The Walgreens and Duane Reade Defendants further object on the grounds that this Request seeks documents that are neither relevant to any party's claims or defenses nor proportional to the needs of the case.  Subject to, and without waiving, these objections or the foregoing General Objections, the Walgreens and Duane Reade Defendants respond: *see* Southern District of New York, Case No. 16-cv-06169.

**REQUEST NO. 63:** Produce copies of any and all documents maintained in any file relating to, concerning or referencing Defendant Vivian Ghobrial that pertain to, concern, reference or may be relevant to Plaintiff or to the subject matter of the instant lawsuit that have not already been Produced in response to preceding Interrogatories or Document Requests.

**RESPONSE TO REQUEST NO. 63:**

The Walgreens and Duane Reade Defendants object to this Request on the grounds that it is vague, overly broad, and unduly burdensome.  Subject to, and without waiving, these objections or the foregoing General Objections, the Walgreens and Duane Reade Defendants respond:  *see* the Walgreens and Duane Reade Defendants' Document Production # DR 000369-540.

**REQUEST NO. 64:**  Produce copies of the complete personnel or employee file of Defendant Crystal Beckrum/Beckum, including, but not limited to, the jacket of the file, resume, applications for positions of employment or work with Defendant, performance evaluations or reviews, accommodations, awards, written warnings, reprimands, disciplinary actions (formal or informal, verbal or written), any complaints and/or allegations (formal or informal, verbal or written) pertaining to discrimination, harassment, retaliation, disparate treatment, questionable disciplinary actions involving or referencing Defendant Crystal Beckrum/Beckum.

**RESPONSE TO REQUEST NO. 64:**

The Walgreens and Duane Reade Defendants object to this Request on the grounds that it is overly broad, unduly burdensome, and assumes facts not admitted nor otherwise established.  The Walgreens and Duane Reade Defendants further object on the grounds that this Request seeks documents that are neither relevant to any party's claims or defenses nor proportional to the needs of the case.