# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CIERA WASHINGTON,                            :
                                             :
                        Plaintiff,           :
                                             :        No. 17-cv-2393 (JMF)
            -against-                        :
                                             :
WALGREENS; WALGREENS CO.; DUANE              :
READE; DUANE READE INC., DUANE READE         :
INTERNATIONAL, LLC; and Individually and     :
Jointly, LUIS GUERRERO; GERMAINE ALLEN;      :
VIVIAN GHOBRIAL; and CRYSTAL BECKRUM,        :
                                             :
                        Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **VERIFICATION**

Michael Geyer, of full age, verifies and states that he has read The Walgreens and Duane Reade Defendants' Responses and Objections to Plaintiff's First Set of Interrogatories ("Interrogatory Responses") and knows the content thereof. The Interrogatory Responses are based upon my review of Walgreen Co.'s and Duane Reade, Inc.'s corporate records, maintained in the regular course of business, pertaining to Ciera Washington, thus far discovered in the course of the preparation of these answers, as well as my personal knowledge. I believe that the foregoing responses are true to the best of my knowledge, information and belief.

I reserve the right to make changes in the answers if it appears at any time that omissions or errors have been made therein, or that more accurate information is available; that subject to the limitations set forth therein.

I hereby verify under penalty of perjury that the foregoing statements made by me are true and correct. Executed on February 16, 2018.

_____
Michael Geyer

*Sworn to before*
*me February 16, 2018*

**AARON WARSHAW**
**Notary** Public, State of New York
No. 02WA6263289
**Qualified** in Kings County
**Commission** Expires June 11, 2020

32923721.1