# EXHIBIT 1

| Date | Date Mailed | Status | Payee | Examiner | Pay Code | Pay Code Desc | Amt Paid | From Date | To Date | Doc Type | Bank Act | Check Num | Check Tot | Check Cleared | Check Cleared Date | Payment Cmts | Pmt Mthd | Date Voided | Payee Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/13/2016 | | System | Ciera Washington | MEPERRY | 102 | Temporary Total Disability | $112.21 | 12/24/2015 | 12/30/2015 | Check | 30884018 | 1503378 | $112.21 | Yes | 1/20/2016 | | Check | | Claimant |
| 12/29/2015 | | System | CIERA WASHINGTON | MEPERRY | 102 | Temporary Total Disability | $150.00 | 12/24/2015 | 12/30/2015 | Check | 30884018 | 1498076 | $150.00 | Yes | 1/7/2016 | | Check | | Claimant |

CONFIDENTIAL

| Tax ID | 1099 Exempt | Mailing Addr | Allocation Cmt | Allocation | Earn Code | Lost Wrk Days | Rcv'd Dte | Postmark | Invoice | Amount Billed | Vendor | Int Ctl Num | Reim | Reim Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000000000-000 | No | Ciera Washington | | 1 | | 7 | | | | $112.21 | | 3.01551E+14 | No | |
| 000000000-000 | No | CIERA WASHINGTON | | 1 | | 5 | | | | $150.00 | 0 | 3.01551E+14 | No | |

CONFIDENTIAL