# EXHIBIT 2

1

2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  Civil Case NO.  17-CV-02393
   ---------------------------------------------X
4  CIERA WASHINGTON,
5                        Plaintiff,
6        -against-
7  WALGREENS; WALGREENS CO.; DUANE READE; DUANE
   READE INC.; DUANE READE INTERNATIONAL, LLC;
8  and Individually and Jointly; LUIS GUERRERO;
   GERMAINE ALLEN; VIVIAN GHOBRIAL; and CRYSTAL
9  BECKRUM,
10                       Defendants.
11 ---------------------------------------------X
12                    1250 Broadway
                      New York, New York
13
14                    February 14, 2018
                      10:04 a.m.
15
16             PORTIONS CONFIDENTIAL
                ATTORNEYS' EYES ONLY
17
18        EXAMINATION BEFORE TRIAL of DEFENDANT,
19  GERMAINE ALLEN, by the Plaintiff in the
20  above-entitled action, held at the above time
21  and place, taken before JENNIFER CRUZ, a
22  Professional Shorthand Reporter and Notary
23  Public of the State of New York, pursuant to
24  Notice and stipulations between Counsel.
25

```
                                   Page 40
 1                        G. ALLEN
 2      clearer.
 3              Were you fired?
 4         A.   Yes.
 5         Q.   Defendants fired you in early
 6      June 2016?
 7         A.   Yes.
 8         Q.   And what were the circumstances
 9      surrounding your firing?
10         A.   Lack of work.
11         Q.   That's what they claimed?
12         A.   Yes.
13         Q.   Any other circumstances?
14         A.   No.
15         Q.   How did you come to learn you were
16      fired?
17         A.   They call me to the office.
18         Q.   Who called you in the office?
19         A.   The loss prevention manager and the
20      district manager.
21         Q.   Loss prevention manager's name?
22         A.   Don't remember his exact name.
23         Q.   But it's a he?
24         A.   Yes, a he.
25         Q.   Okay.  Could it have been David
```

```
                                        Page 42
 1                      G. ALLEN
 2     -- they called you to do what?
 3          A.   First they suspend me and then three
 4     days after they call me to the office.
 5          Q.   Okay.  How did they call you; on the
 6     phone?
 7          A.   Yes.
 8          Q.   You were home at the time?
 9          A.   Yes.
10          Q.   Because you were suspended at the
11     time?
12          A.   Yes.
13          Q.   Why were you suspended?
14          A.   Because of same thing, lack of work.
15          Q.   You were suspended for a lack of
16     work?
17          A.   Yes.  Also time management,
18     timekeeping.
19          Q.   Okay.  What did they say regarding
20     timekeeping?
21          A.   Hum?
22          Q.   What were you told regarding
23     timekeeping?
24          A.   That they said that I was modifying
25     employee time.
```

```
                                          Page 43

 1                       G. ALLEN
 2        Q.    Modifying employee time?
 3        A.    Yes.
 4        Q.    What did they tell you -- were you
 5   told this?
 6        A.    At the time of termination or
 7   before?
 8        Q.    At any time.
 9        A.    Time of termination.
10        Q.    They told you that you were
11   suspended for modifying employee time?
12        A.    Yes.
13        Q.    What did they tell you?
14        A.    That's it.
15        Q.    They said -- all they said to you
16   was you modified employee time so we're
17   firing you -- so we suspended you?
18        A.    Yes.
19        Q.    Did they say anything else?
20        A.    No, that's it.
21        Q.    Did you ask any questions?
22        A.    No.
23        Q.    So you were -- this is in connection
24   with your suspension; is that correct?
25        A.    Yes.
```

```
                                      Page 44

  1                     G. ALLEN
  2        Q.    Okay.  How did you learn you were
  3    suspended?
  4        A.    They never tell me I was suspended.
  5        Q.    Well, how did you know not to come
  6    to work?
  7        A.    They say stay home, then after
  8    review of the case and then they call me back
  9    in.  And that's when they call me back in and
 10    terminated me.
 11        Q.    Understood.
 12              They said they have to review the
 13    case?
 14        A.    Yeah.
 15        Q.    What case were they reviewing, to
 16    your knowledge?
 17        A.    Same, time modifying.  That was it.
 18        Q.    How did they contact you saying not
 19    to come to work?
 20        A.    The district manager send me a text.
 21        Q.    Sent you a text saying what?
 22        A.    You have to stay home and we're
 23    going to review the case, after we finish
 24    reviewing the case you could return back to
 25    work.
```

```
                                      Page 45

 1                    G. ALLEN
 2        Q.   Okay.  And what did they -- did you
 3   respond to that text?
 4        A.   I probably said okay or yes.
 5        Q.   Okay.  Were you surprised to hear
 6   that they told you not to come to work
 7   because you were modifying employee time?
 8        A.   Yes.
 9        Q.   So did you tell them that you were
10   surprised in any way?
11        A.   Yes, I did.
12        Q.   What did you tell them?
13        A.   I said I was surprised.  The
14   conversation was not that long.
15        Q.   Tell me what it was.
16        A.   Hum?
17        Q.   What was the conversation?
18        A.   At the time of termination or?
19        Q.   At any time.
20        A.   Time of termination they say --
21        Q.   No, you said -- let me start from
22   the first time.
23             When you got the text -- you learned
24   that you were suspended because of a text;
25   right?
```

```
                                        Page 46
 1                      G. ALLEN
 2          A.    Yes.
 3          Q.    Okay.  A text from the DM, Robert?
 4          A.    Yes.
 5          Q.    Okay.  And that text said what?
 6          A.    They're going to -- you going to get
 7      -- sorry.  He's going to get in touch back
 8      with me when everything is finalized and I
 9      said okay and that's -- wait a couple --
10      maybe three, four days after, he say come to
11      the office, you have to talk to me and that
12      was it.
13          Q.    Okay.  And that all occurred via
14      text?
15          A.    Yes.
16          Q.    Okay.  And you told them that you
17      were surprised?
18          A.    At the time of termination, yes.
19          Q.    At the time of suspension?
20          A.    No.
21          Q.    What did you respond when he said
22      "stay home"?
23          A.    I just say okay.
24          Q.    Okay.  But you didn't notify them
25      that you were surprised about it?
```

```
                                            Page 47

 1                       G. ALLEN

 2        A.    Yes, no.

 3        Q.    Okay.  What information did you

 4   receive with respect to modifying employee

 5   time?

 6        A.    What information?

 7        Q.    Yes.

 8        A.    They show me a list of papers say

 9   this time -- this person work such and such

10   time, and that was it.

11        Q.    I don't know if I'm understanding

12   what you're saying.

13              Can you elaborate?

14        A.    Like talking about editing punches.

15        Q.    Editing punch cards?

16        A.    Yes, card time.

17        Q.    Okay.  They told you that you were

18   editing punch cards?

19        A.    Yes.

20        Q.    Whose punch cards?

21        A.    They say employee.  They didn't be

22   specific.  They didn't give an employee name.

23        Q.    Okay.  How many employees; did they

24   tell you?

25        A.    No.
```

```
                                          Page 48

 1                          G. ALLEN
 2          Q.    But they said plural, employees?
 3          A.    Yes.
 4          Q.    Did they tell you how long you were
 5     editing punch cards?
 6          A.    No.
 7          Q.    Did you ask?
 8          A.    No.
 9          Q.    Did you ask any other details
10     regarding editing punch cards?
11          A.    No.
12          Q.    Did you say anything when they told
13     you that you were editing punch cards of
14     employees?
15          A.    The only thing I tell them that only
16     time I edit a punch card when an employee did
17     not punch in for lunch or break, that was it.
18          Q.    And what did they say about that?
19          A.    They didn't say nothing much about
20     that.
21          Q.    Okay.  Did you know that you should
22     not have been editing punch cards for
23     employees?
24          A.    No.
25          Q.    You had no idea that you were not
```

```
                                        Page 50
 1                       G. ALLEN
 2      discipline policy is if I say that -- strike
 3      that.
 4              If I say "progressive discipline
 5      policy," what is your understanding of what
 6      I'm saying?
 7          A.   Could you rephrase it a different
 8      way?
 9          Q.   Sure.
10          A.   Yeah.
11          Q.   Do you know at any time when you
12      worked for -- how long did you work for
13      defendants?
14          A.   Say six years.
15          Q.   Six years, okay.
16              How many of those -- strike that.
17              Of those six years, how long were
18      you a manager?
19          A.   Say one year.
20          Q.   And what were you -- and is that the
21      final year before you were fired?
22          A.   Yes.
23          Q.   So for the final year before you
24      were fired, you were a manager?
25          A.   Yes.
```

```
                                              Page 185
 1                        G. ALLEN
 2          A.    No.
 3          Q.    Do you have any knowledge at all,
 4     direct or indirect, written, verbal, what
 5     have you, as to the reasons that plaintiff
 6     was transferred from the first store to your
 7     store?
 8          A.    No.
 9          Q.    Okay.  Do you speak Spanish?
10          A.    No.
11          Q.    Have you ever spoken Spanish?
12          A.    No.
13          Q.    Okay.  Now, you said that you have
14     knowledge regarding plaintiff's
15     hospitalization while she was an employee;
16     correct?
17          A.    Yes.
18          Q.    Okay.  What is the sum and substance
19     of your knowledge?
20          A.    Answer?
21          Q.    Yes.
22          A.    Oh, okay.  At the time -- I was
23     there at the time of the robbery, that's when
24     she said she get injured in her face, that
25     when she went on relief.
```

```
                                          Page 186

 1                          G. ALLEN
 2          Q.    On relief.
 3                You mean on medical leave?
 4          A.    I mean on medical leave.
 5          Q.    Okay.  So you know that she went on
 6     medical leave after the robbery?
 7          A.    Yes.
 8          Q.    And you said "the robbery," you mean
 9     the one in December of 2015?
10          A.    Yes.
11          Q.    You're not aware of any other thefts
12     occurring when you were an employee?
13          A.    No.
14          Q.    At any other time?
15          A.    No.
16          Q.    Okay.  When I say "any other," are
17     you aware of any allegations, or what have
18     you, that money was taken without permission
19     at any time in your store?
20          A.    No, I don't know.
21          Q.    Okay.  Is it possible?
22          A.    No, I don't know.
23          Q.    Okay.  You don't know if it's
24     possible or not?
25          A.    No.
```