# EXHIBIT 4



**Mount Sinai**

*Selikoff Centers*
for Occupational Health

One Gustave L. Levy Place • Box 1057
New York, NY 10029

888.702.0630
mountsinai.org/selikoff

Clinical Center Locations
1468 Madison Avenue, Annenberg Bldg • 3rd Fl • New York, NY 10029
690 Castleton Avenue • 2nd Fl • Staten Island, NY 10310
1020 Warburton Avenue • Suite 1 • Yonkers, NY 10701

To Whom It May Concern:

Please be advised that Mr./Mrs./Ms. _Ciera Washington_ was seen at the

World Trade Center Health Program/Selikoff Centers for Occupational Health on

2/19/16 She may return to work on 02/22/16 at which if she feels any way nervous or threatened

If you have any questions, please call our office at (212)241-3355. She may leave work to avoid a panic attack

Julia Nicolaou
Administrator
Selikoff Centers for Occupational Health

CONFIDENTIAL

DR 000034