# EXHIBIT 5

## External Incident: IC10005749071



| | | | |
|---|---|---|---|
| **Created By** | DAVID JENNY | **Date Created** | 12/16/2015 |
| **Status** | Closed | **Legal Hold? [?]** | |

## Incident Detail

| | | | |
|---|---|---|---|
| ***** **Location** | 14417 - Store #14417 - 568 W 125TH ST NEW YORK, NY | **Date of Incident [?]** | 12/16/2015 |
| **1 - Location Type** | Store | **Incident Time [?]** | 6:21:00 AM |
| **2 - Department** | Field APM | **Event Type** | External |
| **3 - Leadership** | Senior Director APS | ***** **Predication Source [?]** | Store Operations |
| **4 - Management** | APD 35 JOE STEIN | ***** **Type of External Event** | Robbery |
| **Store Phone Number** | ▮▮▮▮▮▮▮ | | |
| **Address** | ▮▮▮▮▮▮▮▮▮▮ | | |
| **City** | ▮▮▮▮▮ | | |
| **State** | NY | | |
| **ZIP** | ▮▮▮▮▮ | | |
| **District** | D00760 Upper Manhattan DWAYNE RICHARDS | | |
| **Region** | R00035 Duane Reade Jeff Bruneteau | | |

## Details

| | | | |
|---|---|---|---|
| ***** **How many Subjects were involved?** | 1 | ***** **Was the event Attempted or Successful?** | Successful (Drugs/Merchandise/Cash/Personal Property were stolen) |
| ***** **Were controlled drugs stolen?** | No | ***** **Were weapons involved?** | Yes |
| | | ***** **Weapon** | Gun |
| | | ***** **Were there any injuries?** | No |
| ***** **Does Privacy need to be notified?** | No | | |

## Law Enforcement Information

| | | | |
|---|---|---|---|
| ***** **Was Law Enforcement Notified?** | Yes | **Officer's Name** | Det. Vincent Signoretti |
| | | **Badge Number** | |
| **Subject arrested?** | No | **Police Department Name** | NYPD 26 PCT |
| **Date Police Were Called** | 12/16/2015 | **Police Department Case #** | |
| **Time Police Were Called** | 6:25:00 AM | | |
| ***** **Was Any Vehicle Information Obtained?** | | No | |

## People

**Subject description**

| Approximate Age | Race | Approximate Height | Approximate Weight | Gender | * Please describe unique identifiers |
|---|---|---|---|---|---|
| 25 - 35 | Unknown | 5ft - 5ft, 6in | 150 - 200 lbs | Male | Subject wearing hoodie, gloves and mask |

CONFIDENTIAL

DR 000157

## Subject(s)

### Victim

| CIERA WASHINGTON (Employee) | |
|---|---|
| Last Name | WASHINGTON |
| Middle Name | C |
| First Name | CIERA |
| Home Address | ███████████ |
| Address 2 | ███ |
| City | ███ |
| State | ███ |
| Zip / Postal Code | ███████ |
| Birth Date | ███ |
| Job Title | Shift Leader Duane Reade |
| Employee ID  [?] | 2534450 |
| Employee Status | Terminated |
| Department | District Management |
| Company Hire Date | 9/16/2015 |
| Separation Date | 2/23/2016 |

### Witness

## Robbery Details

| | | | |
|---|---|---|---|
| * Was the SOC notified? | Yes | * Was there any media attention received from the incident? | No |
| * Was the site forced to close as a result of the incident? | Yes | * Entry Point | Front Entrance |
| * How long was the site closed? | 1-4 Hours | * Exit Point | Front Entrance |
| | | * Mode of Operation | Showed Weapon<br>Forced Door Open |
| * Did the burglar alarm activate? | No | | |

## Case Summary

### Losses (Do NOT use for Tote, Dolly, Pallet, Cage theft)

| Loss Type | Total Loss Dollars |
|---|---|
| Cash | $3,719.00 |

### Evidence Attachments

**(After attaching Digital Evidence, Retain a Hard Copy Only if Required by Authorities) (5)**

| Description | File Name | Attached By | Date | Evidence given to PD |
|---|---|---|---|---|
| CCTV VIDEO RECORDING | Entrance overhead.dav | DAVID JENNY | 12/21/2015 | 0 |
| CCTV VIDEO RECORDING | Entrance profile.dav | DAVID JENNY | 12/21/2015 | 0 |
| CCTV VIDEO RECORDING | Office.dav | DAVID JENNY | 12/21/2015 | 0 |
| CCTV VIDEO RECORDING | Register 5.dav | DAVID JENNY | 12/21/2015 | 0 |

| CCTV VIDEO RECORDING | Registers 3 & 4.dav.dav | DAVID JENNY | 12/21/2015 | 0 |

**External Case Summary**

| STL Ciera Washington opened the store gates at approximately 6:21am and entered the store alone. While STL Washington was disarming the store alarm, the Suspect entered through the unlocked entrance. He brought STL Washington to the office and made her open the store safe and give him all the cash from inside. STL Washington stated that the Subject had a gun and hit her in the face with the weapon. |

**Restitution Payments**

| Date Paid | Amount Paid | Register Number | Transaction Number |
|---|---|---|---|

**Related Events**

**Related incident**