# EXHIBIT 6

Complaint# ▇▇▇▇▇▇▇   Page 1 of 4



# New York City Police Department
## Omniform System - Complaints

| Report Cmd: 026 | Jurisdiction: N.Y. POLICE DEPT | Record Status: Final, No Arrests | Complaint #: | No Other Legacy Blue Versions | No Other Complaint Revisions |
|---|---|---|---|---|---|

| Occurrence Location: INSIDE OF 568 WEST 125 STREET | NYC Parks Dept. Property | Precinct: 026 |
|---|---|---|
| Name Of Premise: DUANE READE | Did this offense occur on NYC Parks Dept. Property? NO | Sector: D |
| Premises Type: DRUG STORE | Command: | Beat: |
| Location Within Premise: COMMERCIAL ESTABLISH | NYC Parks Dept. Property Name: | Post: |
| Visible By Patrol?: YES | | |

| Occurrence From: 2015-12-16 06:18 WEDNESDAY | Aided # |
|---|---|
| Occurrence thru: | Accident # |
| Reported: 2015-12-16  07:00 | O.C.C.B. # |
| Complaint Received: RADIO | |

| Classification: ROBBERY | Case Status: OPEN |
|---|---|
| Attempted/Completed: COMPLETED | Unit Referred To: P.D.U. |
| Most Serious Offense Is: FELONY | Clearance Code: |
| PD Code: 375  ROBBERY,DRUG STORE | Log/Case #: 0 |
| PL Section: 16010 | Clearance Arrest Id: |
| Keycode: 105  ROBBERY | Clearance AO Cmd: |
| | File #: |
| | Prints Requested? YES |

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? YES | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|

| Gang Related? NO | OCCB FOD Log #: | Name Of Gang: | Child Abuse Suspected? NO |
|---|---|---|---|
| DIR Required? NO | | Child in Common? NO | Intimate Relationship? NO |

| If Burglary: | Alarm: | If Arson: | Taxi Robbery: |
|---|---|---|---|
| Forced Entry? | Bypassed? | Structure: | Partition Present: NO |
| Structure: | Comp Responded?: | Occupied?: | Amber Stress Light Activated: NO |
| Entry Method: | Company Name/Phone: - - | Damage by: | Method of Conveyance: DISPATCH |
| Entry Location: | Crime Prevention Survey Requested?: | | Location of Pickup: |
| | Complaint/Reporter Present?: | | |

| Supervisor On Scene - Rank / Name / Command : LT MOMPLAISIER 026 | Canvas Conducted: YES | Translator(if used): |
|---|---|---|

**NARRATIVE:**
C/V STATES THAT SHE OPENED THE STORE AND TURNED OFF THE ALARM WHEN A BLACK MALE APPROACHED HER FROM BEHIND HOLDING A HAND GUN AND ASKED HER TO OPENED THE SAFE. C/V OPENED THE SAFE AND PERP HANDED HER A BAG. C/V PLACED UNKNOWNED AMOUNTOF U.S CURRENCY IN THE BAG. PERP STRUCK C/V IN THE FACE WITH THE HAND GUN ANDTOOK HER NYS I.D ALONG WITH THE BAG CONTAINING THE MONEY. PERP THEN FLED ON FOOT TOWARDS 545 W126ST (N/B ON OLD BROADWAY). CANVAS CONDUCTED WITH NEGATIVE RESULTS. VIDEO AVAILABLE. UNKNOWN U.S. CURRENCY AMOUNT STOLEN. APPROVED BY SGT. FRANKLIN

 

| POLICE DEPARTMENT CITY OF NEW YORK | DETECTIVE BUREAU Wanted Flyer # 25524812 | POLICE DEPARTMENT CITY OF NEW YORK |

# WANTED
# FOR GUN POINT COMMERCIAL ROBBERY
### PERPETRATOR - PROBABLE CAUSE TO ARREST



**UNKNOWN / MALE / BLACK**
**HEIGHT 5' 8" , WEIGHT 200 lbs.,**

The 026 Precinct Detective Squad is attempting to identify the above individual in connection with a gun point Robbery which occurred inside of 568 West 125 street. On December 16, 2015. The above suspect went inside the store and force victim into office and forcible removed property without their permission or authorization to do so.

Anyone with information regarding the above subject , please notify  Det. RUBEN MARIA  at ▮▮▮▮▮▮
OR Detective Borough Manhattan North at ▮▮▮▮▮▮

**Investigator:** Det. RUBEN MARIA
**Command Assigned:** ▮▮▮▮▮▮
**Case#** ▮▮▮▮▮▮ **Complaint Report#** ▮▮▮▮▮▮

Ciera Washington00015