# EXHIBIT 7

**Subject:** Robbery
**From:** Petrarchi, Robert
**To:** District760Stores
**Date:** Today 07:14

Store 14417 was the victim of a robbery this morning.

Make sure you are NOT opening by yourself!

When arriving to the store check your surroundings before attempting to unlock the door.

If anything looks suspicious – walk away.

As soon as you enter the store lock the door behind you.

Safety must be your #1 Concern.

Make sure this is reviewed with all management immediately!

If anything does occur – give them what they ask for. Do not Resisit.

As soon as they leave and you feel safe lock the door and then either hit the panic button if you have one

Then Call DM.

Then Call SOC.

**Sincerely,**
**Robert**

Ciera Washington00002