# EXHIBIT 8

Washington, Ciera (MR # 8179954)                                    Encounter Date: 12/16/2015

| N/A | N/A | N/A | N/A |
|---|---|---|---|

**Verification Information**

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| Kambiz Nael, MD | Dec 16, 2015 | Kambiz Nael, MD | Dec 16, 2015 |

**Washington,Ciera**
12/16/2015 7:49 AM  ED
MRN: 8179954

Description: **Female DOB:**
Department: **Mount Sinai Emergency Department**
Encounter Visit ID: **74494435**

| Order | CT HEAD WO CONTRAST [70450 (CPT®)] (Ancillary ID:8219350) (Order 169972728) |
|---|---|

**Order Information**

| Order Date/Time | Release Date/Time | Start Date/Time | End Date/Time |
|---|---|---|---|
| 12/16/15 09:01 | 12/16/15 09:01 | 12/16/15 09:00 | 12/16/15 09:00 |

**Order Details**

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| 1 TIME IMAGING | 1  occurrence | STAT | Hospital Performed |

**Order Questions**

| Question | Answer | Comment |
|---|---|---|
| Pregnant? | No | |
| Ordering provider pager number | 78726 | |
| Isolation? | None | |
| Oral Contrast | N/A | |
| Note: Must Place Separate Order For Oral Contrast | | |
| Reason for Exam? | struck in head with gun multiple times | |

**Reason For Exam**

HEAD INJURY MILD OR MODERATE ACUTE, NO NEUROLOGICAL DEFICIT [4931]

**Order Information**

| Date | Department | Released By/Authorizing |
|---|---|---|
| 12/16/2015 | Mount Sinai Emergency Department | Ashley Pessolano, PA (auto-released) |

**Order Providers**

| Authorizing Provider | Encounter Provider |
|---|---|
| Ashley Pessolano, PA | None |

**Referral Contact Info**

| Enc. Provider | Enc. Department | Dept. Phone No. |
|---|---|---|
| Not on File | Emergency Department | |

**Additional Details**

View Order Tracking

**Ciera Washington00017**

Washington, Ciera (MR # 8179954)                                    Encounter Date: 12/16/2015

## Results                    CT SINUSES WO CONTRAST (Accession 8219351) (Order 169972729)

### Link
Click Here To View Result

### Result Information

| Result Date and Time | Status |
| --- | --- |
| 12/16/2015  5:17 PM | Final result |

### Exam Information

| Ancillary ID:  8219351 | Exam Completion:  12/16/2015 1100 |
| --- | --- |

**12/16/2015  5:17 PM - Radiology Results Interface**

### Narrative

CLINICAL INDICATION: Struck in head and face multiple times. Evaluate for fracture.

TECHNIQUE: Noncontrast CT examination of the paranasal sinuses was performed.

Radiation dose estimate (Total exam DLP): 233.5 mGy-cm.

COMPARISON: No prior studies are available for comparison.

FINDINGS:

There is no acute fracture.

There has been normal formation of the frontal, ethmoid, maxillary, and sphenoid sinuses.

No significant air fluid level or mucosal thickening is seen in either maxillary sinus.  The bony margins are maintained. Osteomeatal complexes are patent.

The nasal septum is midline.  No significant deviation of the turbinates is seen.  Ethmoid sinuses are well pneumatized.

The frontal and sphenoid sinuses are well pneumatized without significant mucosal thickening or air-fluid level.

Visualized orbits and orbital contents are unremarkable.  Visualized aspects of the tympanomastoid complexes are also within normal limits.  No abnormality is seen in the caudal brain structures.

### Impression

IMPRESSION:

No facial fractures are identified.

I, Kambiz Nael, M.D, have reviewed this radiological study personally and I am in full agreement with the findings presented in this report.

### Result History

**Ciera Washington00021**

Washington, Ciera (MR # 8179954) DOB

**ED Notes by Catherine M Diaz, RN at 12/16/15 0808**

| | | |
|---|---|---|
| Author: Catherine M Diaz, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 12/16/15 0812 | Note Time: 12/16/15 0808 | Status: Signed |
| Editor: Catherine M Diaz, RN (Registered Nurse) | | |

Pt arrives via ems s/p assault while working in Duane Reade. Pt states she was pistol whipped to the face and in the process fell over a chair injuring her left ankle. + swelling noted to right periorbital area and pt states left side of face is what is hurting her the most. Incident was already reported to police who are currently here with patient. Pt is very nervous as she states assailant took her state id with him.

Signed by Catherine M Diaz, RN on 12/16/15 0812

**Chart Review Routing History**

No Routing History on File

Ciera Washington00022

Washington, Ciera (MR # 8179954) DOB:

## ED Triage/Intake by Laura Blaney, RN at 12/16/15 0751

| | | |
|---|---|---|
| Author: Laura Blaney, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 12/16/15 0752 | Note Time: 12/16/15 0751 | Status: Signed |
| Editor: Laura Blaney, RN (Registered Nurse) | | |

Pt was robbed while at work. Reports she was hit with a gun across the left side of her face and thrown over a chair. Left ankle pain and swelling noted along with facial pain and swelling.

Signed by Laura Blaney, RN on 12/16/15 0752

## Chart Review Routing History

No Routing History on File

Ciera Washington00023

Washington, Ciera (MR # 8179954) DOB:

**ED Attending by Jennifer V Huang, DO at 12/16/15 0822**

Author: Jennifer V Huang, DO          Service: Emergency Medicine          Author Type: Physician
Filed: 12/16/15 0836                  Note Time: 12/16/15 0822            Status: Signed
Editor: Jennifer V Huang, DO (Physician)

## Attending Notes
### Attending Note

This patient was seen by the resident/PA/MS and presented to me. Please see provider note for full documentation.

25F
Works at duane reade -was opening the store when she got robbed
Hit her with the butt of a gun multiple times to the face and pushed her down into a chair
No LOC
Twisted her left ankle

FH, Soc Hx - not pertinent to current complaint

BP 151/70 mmHg | Pulse 98 | Temp(Src) 36.6 °C (97.9 °F) (Temporal) | Resp 18 | SpO2 100%
NAD, MMM
Periorbital and nasal tenderness, no swelling or bruising
CTAB
RRR no m/g/r
S/NT/ND
No CVAT
No edema
Non focal neuro exam
Left ankle swelling and tenderness over the lateral mal

A/P assault with facial trauma and left ankle sprain
Analgesia
XR's
Ct Facial Bones

Signed by Jennifer V Huang, DO on 12/16/15 0836

**Chart Review Routing History**
No Routing History on File

Washington, Ciera (MR # 8179954) DOB:

**Attestation by Jennifer V Huang, DO at 12/17/15 2124**

| | | |
|---|---|---|
| Author: Jennifer V Huang, DO | Service: Emergency Medicine | Author Type: Physician |
| Filed: 12/17/15 2124 | Note Time: 12/17/15 2124 | Status: Signed |
| Editor: Jennifer V Huang, DO (Physician) | | |

Reviewed Studies:
  I have reviewed relevant laboratory values. and I have reviewed relevant imaging studies.
Reviewed Chart Elements:
  allergies, home medications, past medical history, social history, surgical history, family history and past medical charts
  I have personally seen and examined this patient. I have fully participated in the care of this patient. I have reviewed all  pertinent clinical information. I agree with the management and disposition of the patient.
  Nursing records reviewed
  I agree with nursing records.
Physician Assistant:
  I was physically present, saw, and evaluated the patient, confirming the history, ROS, and PMH/FH/SH, as documented by the PA on the written ED record.

Signed by Jennifer V Huang, DO on 12/17/15 2124

**Chart Review Routing History**

  No Routing History on File

Ciera Washington00027

Washington, Ciera (MR # 8179954) DOB:

**ED Notes by Catherine M Diaz, RN at 12/16/15 1223**

| Author: Catherine M Diaz, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
|---|---|---|
| Filed: 12/16/15 1234 | Note Time: 12/16/15 1223 | Status: Signed |
| Editor: Catherine M Diaz, RN (Registered Nurse) | | |

Pt cleared for d/c by er attending. States she feels better but still with facial pain and discomfort. Awaiting police officers for transfer to police station.

Signed by Catherine M Diaz, RN on 12/16/15 1234

**Chart Review Routing History**

No Routing History on File

**Ciera Washington00028**

Washington, Ciera (MR # 8179954) DOB:

**ED Doctor's Notes by Ashley Pessolano, PA at 12/16/15 1205**

| | | |
|---|---|---|
| Author: Ashley Pessolano, PA | Service: Emergency Medicine | Author Type: Physician Assistant |
| Filed: 12/16/15 1206 | Note Time: 12/16/15 1205 | Status: Signed |
| Editor: Ashley Pessolano, PA (Physician Assistant) | | |

### Doctor's Notes

Spoke to radiology
No fx or ICH seen on CT
Pts pain controlled now
Well appearing
Will dc with close f/u

Signed by Ashley Pessolano, PA on 12/16/15 1206

**Chart Review Routing History**

No Routing History on File

Washington, Ciera (MR # 8179954) DOB:

**ED Notes by Catherine M Diaz, RN at 12/16/15 0916**

| | | |
|---|---|---|
| Author: Catherine M Diaz, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 12/16/15 0917 | Note Time: 12/16/15 0916 | Status: Signed |
| Editor: Catherine M Diaz, RN (Registered Nurse) | | |

Remains stable at this time awaiting head ct scan.

Signed by Catherine M Diaz, RN on 12/16/15 0917

**Chart Review Routing History**

No Routing History on File

Washington, Ciera (MR # 8179954) DOB:

**ED Attending by Jennifer V Huang, DO at 12/16/15 0822**

| | | |
|---|---|---|
| Author: Jennifer V Huang, DO | Service: Emergency Medicine | Author Type: Physician |
| Filed: 12/16/15 0836 | Note Time: 12/16/15 0822 | Status: Signed |
| Editor: Jennifer V Huang, DO (Physician) | | |

## Attending Notes

### Attending Note

This patient was seen by the resident/PA/MS and presented to me. Please see provider note for full documentation.

25F
Works at duane reade -was opening the store when she got robbed
Hit her with the butt of a gun multiple times to the face and pushed her down into a chair
No LOC
Twisted her left ankle

FH, Soc Hx - not pertinent to current complaint

BP 151/70 mmHg | Pulse 98 | Temp(Src) 36.6 °C (97.9 °F) (Temporal) | Resp 18 | SpO2 100%
NAD, MMM
Periorbital and nasal tenderness, no swelling or bruising
CTAB
RRR no m/g/r
S/NT/ND
No CVAT
No edema
Non focal neuro exam
Left ankle swelling and tenderness over the lateral mal

A/P assault with facial trauma and left ankle sprain
Analgesia
XR's
Ct Facial Bones

Signed by Jennifer V Huang, DO on 12/16/15 0836

**Chart Review Routing History**
No Routing History on File

Ciera Washington00031

Washington, Ciera (MR # 8179954) DOB

Signed by Ashley Pessolano, PA on 12/16/15 0908

**Chart Review Routing History**
No Routing History on File

Washington, Ciera (MR # 8179954) DOB:

Head: Normocephalic.
Right Ear: External ear normal. No hemotympanum.
Left Ear: External ear normal. No hemotympanum.
Mouth/Throat: Oropharynx is clear and moist.
**+Periorbital tenderness B/L**
**No crepitus**
**+nasal bridge tenderness and swelling**
**No septal hematoma**
**No trismus**
Eyes: EOM are normal. Pupils are equal, round, and reactive to light. Right eye exhibits no discharge. Left eye
exhibits no discharge.
Neck: Normal range of motion. Neck supple.
**No vertebral point tenderness**
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She
has no rales. She exhibits no tenderness.
**No CVA tenderness**
Abdominal: Soft. There is no tenderness. There is no guarding.
Musculoskeletal: Normal range of motion. She exhibits edema (L ankle ) and tenderness (**left lateral malleolus**).
Lymphadenopathy:
  She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. Coordination normal.
**No dysmetria**
**No drift**
**Limping gait 2/2 L ankle pain**
**Strength 5/5 in UE and LE B/L**
**Sensation intact**
Skin: Skin is warm and dry. No rash noted. She is not diaphoretic. No erythema. No pallor.
Psychiatric: Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

## Assessment/Plan

25 y.o. Female with a PMH of RLE cellulitis years ago now has chronic RLE edema brought in after an assault
that occurred PTA. Pt works at the Duane Reade on 125th street. She was opening store by herself when she
was physically assaulted. Pt sustained multiple blows to the face and head with a gun, no LOC occurred. Pt was
pushed multiple times towards the safe and tripped over a chair twisting left ankle. Pt now with HA, facial pain and
L ankle pain. Police were called to the scene and pt was brought here to MSH.

Pt denies fever, chills, CP, SOB, numbness, weakness, N/V/D, abd pain, NO LOC

Exam as above

Assessment:
Physical assault
Facial contusions r/o fx
R/o ICH
L ankle pain r/o fx

Plan:
Xray L ankle
Xray L foot
CT head
CT facial bones
Percocet
Police already here in ED aware of assault
reassess

## Updates

Washington, Ciera (MR # 8179954) DOB:

ED Provider Notes by Ashley Pessolano, PA at 12/16/15 0821

| | | |
|---|---|---|
| Author: Ashley Pessolano, PA | Service: Emergency Medicine | Author Type: Physician Assistant |
| Filed: 12/16/15 0908 | Note Time: 12/16/15 0821 | Status: Signed |
| Editor: Ashley Pessolano, PA (Physician Assistant) | | |

## Past Medical History
No past medical history on file.
No past surgical history on file.
History
Substance Use Topics
 · Smoking status:                        Not on file
 · Smokeless tobacco:                 Not on file
 ·· Alcohol Use:                            Not on file
Allergies no known allergies

## History of Present Illness
Patient is a 25 y.o. female presenting to the Mount Sinai Emergency Department. The history is provided by the patient. Past medical charts, past medical history, social history, allergies, surgical history, home medications and family history reviewed.
General:
Prior care for this episode? Initial encounter
Chronicity: acute
Time incident occurred: PTA
Onset: sudden
Timing: continously
Progression since onset: not changed
Pain severity:  Moderate
Did you treat patient's pain?:  The patient's pain complaint was addressed
Worsened by:  Nothing
Relieved by:  Nothing
Treatments tried:  Nothing

## Review of Systems
Review of Systems
Constitutional: Negative for fever, chills, diaphoresis, appetite change and fatigue.
HENT: Positive for facial swelling. Negative for congestion and rhinorrhea.
Eyes: Negative for photophobia, pain and redness.
Respiratory: Negative for cough, chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Negative for nausea, vomiting, abdominal pain and abdominal distention.
Genitourinary: Negative for dysuria and hematuria.
Musculoskeletal: Positive for joint swelling (L ankle ), arthralgias (L ankle ) and gait problem. Negative for back pain and neck pain.
Skin: Negative for rash.
Neurological: Positive for headaches. Negative for dizziness, syncope, speech difficulty, weakness and light-headedness.
Psychiatric/Behavioral: Negative for behavioral problems, confusion, decreased concentration and agitation.
All other systems reviewed and are negative.

## Physical Exam
BP 151/70 mmHg | Pulse 98 | Temp(Src) 36.6 °C (97.9 °F) (Temporal) | Resp 18 | SpO2 100%

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. She appears distressed (upset and scared ).
HENT:

**Ciera Washington00034**

Washington, Ciera (MR # 8179954) DOB:

## ED Notes by Catherine M Diaz, RN at 12/16/15 0808

| | | |
|---|---|---|
| Author: Catherine M Diaz, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 12/16/15 0812 | Note Time: 12/16/15 0808 | Status: Signed |
| Editor: Catherine M Diaz, RN (Registered Nurse) | | |

Pt arrives via ems s/p assault while working in Duane Reade. Pt states she was pistol whipped to the face and in the process fell over a chair injuring her left ankle. + swelling noted to right periorbital area and pt states left side of face is what is hurting her the most. Incident was already reported to police who are currently here with patient. Pt is very nervous as she states assailant took her state id with him.

Signed by Catherine M Diaz, RN on 12/16/15 0812

## Chart Review Routing History

No Routing History on File

Washington, Ciera (MR # 8179954) DOB

**ED Triage/Intake by Laura Blaney, RN at 12/16/15 0751**

| | | |
|---|---|---|
| Author: Laura Blaney, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 12/16/15 0752 | Note Time: 12/16/15 0751 | Status: Signed |
| Editor: Laura Blaney, RN (Registered Nurse) | | |

Pt was robbed while at work. Reports she was hit with a gun across the left side of her face and thrown over a chair. Left ankle pain and swelling noted along with facial pain and swelling.

Signed by Laura Blaney, RN on 12/16/15 0752

**Chart Review Routing History**

No Routing History on File

Washington, Ciera (MR # 8179954)                                Encounter Date: 12/16/2015

| **Results** | **X-RAY FOOT LEFT (Accession 8219268) (Order 169969764)** |
|---|---|

**Link**

Click Here To View Result

**Result Information**

| Result Date and Time | Status |
|---|---|
| 12/16/2015  6:04 PM | Final result |

**Exam Information**

| Ancillary ID:  8219268 | Exam Completion:  12/16/2015 0843 |
|---|---|

**12/16/2015  6:04 PM - Radiology Results Interface**

**Narrative**

History: Left foot pain and swelling, status post trauma.

Technique: AP, lateral, and oblique views of the left foot and ankle.

Comparison/correlation: None.

Findings:

There is no acute fracture or dislocation. The joint spaces are
preserved.  There is no periosteal reaction or osseous destruction.
Dorsal soft tissue swelling and soft tissue swelling about the ankle,
most significantly over the medial malleolus.

**Impression**

Impression:

No acute fracture or dislocation.

Attending physician note:

I have personally reviewed the images and resident's interpretation
thereof and agree with the findings.

**Result History**

X-RAY FOOT LEFT (Order #169969764) on 12/16/2015 - Order Result History Report

**Imaging Information**

**Exam Information**

| Performed Procedure | Study Status | Begin Time | End Time |
|---|---|---|---|
| X-Ray Foot Left | Final | N/A | N/A |

**Staff Information**

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**Verification Information**

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| George Hermann, MD | Dec 16, 2015 | RADIOLOGY, DEPARTMENT OF George Hermann, MD | Dec 16, 2015 Dec 16, 2015 |

Ciera Washington00037

Washington, Ciera (MR # 8179954)                                    Encounter Date: 12/16/2015

**Washington,Ciera**            Description: **Female DOB:** 1/7/1990
12/16/2015  7:49 AM  ED         Department: **Mount Sinai Emergency Department**
MRN: 8179954                    Encounter Visit ID: **74494435**

| Order | X-RAY FOOT LEFT [73620.01] (Ancillary ID:8219268) (Order 169969764) |
|---|---|

**Order Information**

| Order Date/Time | Release Date/Time | Start Date/Time | End Date/Time |
|---|---|---|---|
| 12/16/15 08:21 | 12/16/15 08:21 | 12/16/15 08:22 | 12/16/15 08:22 |

**Order Details**

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| 1 TIME IMAGING | 1  occurrence | STAT | Hospital Performed |

**Order Questions**

| Question | Answer | Comment |
|---|---|---|
| Pregnant? | No | |
| Reason for Exam? | pain and swelling s/p assault | |
| Ordering provider pager number | 78726 | |
| Isolation? | None | |

**Associated Diagnoses**

| | ICD-10-CM | ICD-9-CM |
|---|---|---|
| **Facial contusion, initial encounter** - Primary | S00.83XA | 920 |

**Order Information**

| Date | Department | Released By/Authorizing |
|---|---|---|
| 12/16/2015 | Mount Sinai Emergency Department | Ashley Pessolano, PA (auto-released) |

**Order Providers**

| Authorizing Provider | Encounter Provider |
|---|---|
| Ashley Pessolano, PA | None |

**Referral Contact Info**

| Enc. Provider | Enc. Department | Dept. Phone No. |
|---|---|---|
| Not on File | Emergency Department | |

**Additional Details**

View Order Tracking

Washington, Ciera (MR # 8179954)                                        Encounter Date: 12/16/2015

---

**Results**                                    X-RAY ANKLE LEFT (Accession 8219267) (Order 169969763)

**Link**

Click Here To View Result

**Result Information**

| Result Date and Time | Status |
|---|---|
| 12/16/2015 6:04 PM | Final result |

**Exam Information**

| Ancillary ID:  8219267 | Exam Completion:  12/16/2015 0843 |
|---|---|

**12/16/2015 6:04 PM - Radiology Results Interface**

**Narrative**

History: Left foot pain and swelling, status post trauma.

Technique: AP, lateral, and oblique views of the left foot and ankle.

Comparison/correlation: None.

Findings:

There is no acute fracture or dislocation. The joint spaces are
preserved.  There is no periosteal reaction or osseous destruction.
Dorsal soft tissue swelling and soft tissue swelling about the ankle,
most significantly over the medial malleolus.

**Impression**

Impression:

No acute fracture or dislocation.

Attending physician note:

I have personally reviewed the images and resident's interpretation
thereof and agree with the findings.

**Result History**

X-RAY ANKLE LEFT (Order #169969763) on 12/16/2015 - Order Result History Report

**Imaging Information**

**Exam Information**

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| X-Ray Ankle Left | | Final | N/A | N/A |

**Staff Information**

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**Verification Information**

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| George Hermann, MD | Dec 16, 2015 | RADIOLOGY, DEPARTMENT OF George Hermann, MD | Dec 16, 2015 Dec 16, 2015 |

---

This is a confidential document. Please dispose of it appropriately.                      Page 1 of 2

**Ciera Washington00039**

Washington, Ciera (MR # 8179954)                              Encounter Date: 12/16/2015

**Washington,Ciera**                    Description: **Female DOB: 1/7/1990**
12/16/2015  7:49 AM  ED               Department: **Mount Sinai Emergency Department**
MRN: 8179954                          Encounter Visit ID: **74494435**

| Order | X-RAY ANKLE LEFT [73600.01] (Ancillary ID:8219267) (Order 169969763) |
|---|---|

**Order Information**

| Order Date/Time | Release Date/Time | Start Date/Time | End Date/Time |
|---|---|---|---|
| 12/16/15 08:21 | 12/16/15 08:21 | 12/16/15 08:21 | 12/16/15 08:21 |

**Order Details**

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| 1 TIME IMAGING | 1  occurrence | STAT | Hospital Performed |

**Order Questions**

| Question | Answer | Comment |
|---|---|---|
| **Pregnant?** | **No** | |
| **Reason for Exam?** | **pain and swelling** | |
| | **s/p assault** | |
| **Ordering provider pager number** | **78726** | |
| **Isolation?** | **None** | |

**Associated Diagnoses**

| | ICD-10-CM | ICD-9-CM |
|---|---|---|
| **Facial contusion, initial encounter** - Primary | S00.83XA | 920 |

**Order Information**

| Date | Department | Released By/Authorizing |
|---|---|---|
| 12/16/2015 | Mount Sinai Emergency Department | Ashley Pessolano, PA (auto-released) |

**Order Providers**

| Authorizing Provider | Encounter Provider |
|---|---|
| Ashley Pessolano, PA | None |

**Referral Contact Info**

| Enc. Provider | Enc. Department | Dept. Phone No. |
|---|---|---|
| Not on File | Emergency Department | 212-241-6639 |

**Additional Details**

View Order Tracking

Washington, Ciera (MR # 8179954)                          Encounter Date: 12/16/2015

## Results                                    CT SINUSES WO CONTRAST (Accession 8219351) (Order 169972729)

### Link
Click Here To View Result

### Result Information
| Result Date and Time | Status |
| --- | --- |
| 12/16/2015  5:17 PM | Final result |

### Exam Information
| Ancillary ID:  8219351 | Exam Completion:   12/16/2015 1100 |
| --- | --- |

**12/16/2015  5:17 PM - Radiology Results Interface**

### Narrative

CLINICAL INDICATION: Struck in head and face multiple times. Evaluate for fracture.

TECHNIQUE: Noncontrast CT examination of the paranasal sinuses was performed.

Radiation dose estimate (Total exam DLP): 233.5 mGy-cm.

COMPARISON: No prior studies are available for comparison.

FINDINGS:

There is no acute fracture.

There has been normal formation of the frontal, ethmoid, maxillary, and sphenoid sinuses.

No significant air fluid level or mucosal thickening is seen in either maxillary sinus.  The bony margins are maintained. Osteomeatal complexes are patent.

The nasal septum is midline.  No significant deviation of the turbinates is seen.  Ethmoid sinuses are well pneumatized.

The frontal and sphenoid sinuses are well pneumatized without significant mucosal thickening or air-fluid level.

Visualized orbits and orbital contents are unremarkable.  Visualized aspects of the tympanomastoid complexes are also within normal limits.  No abnormality is seen in the caudal brain structures.

### Impression

IMPRESSION:

No facial fractures are identified.

I, Kambiz Nael, M.D, have reviewed this radiological study personally and I am in full agreement with the findings presented in this report.

### Result History

Ciera Washington00041

Washington, Ciera (MR # 8179954)                          Encounter Date: 12/16/2015

CT SINUSES WO CONTRAST (Order #169972729) on 12/16/2015 - Order Result History Report

## Imaging Information

### Exam Information

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| CT Sinuses Wo Contrast | | Final | N/A | N/A |

### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

### Verification Information

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| Kambiz Nael, MD | Dec 16, 2015 | Kambiz Nael, MD | Dec 16, 2015 |

**Washington,Ciera**
**12/16/2015  7:49 AM  ED**
MRN: 8179954

Description: **Female DOB:**
Department: **Mount Sinai Emergency Department**
Encounter Visit ID: **74494435**

### Order    CT SINUSES WO CONTRAST [70486 (CPT®)] (Ancillary ID:8219351) (Order 169972729)

### Order Information

| Order Date/Time | Release Date/Time | Start Date/Time | End Date/Time |
|---|---|---|---|
| 12/16/15 09:01 | 12/16/15 09:01 | 12/16/15 09:01 | 12/16/15 09:01 |

### Order Details

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| 1 TIME IMAGING | 1 occurrence | STAT | Hospital Performed |

### Order Questions

| Question | Answer | Comment |
|---|---|---|
| Pregnant? | No | |
| Ordering provider pager number | 78726 | |
| Isolation? | None | |
| Oral Contrast | N/A | |
| Note: Must Place Separate Order For Oral Contrast | | |
| Reason for Exam? | stuck in head and face multiple times r/o fx | |

### Reason For Exam

PHYSICAL TRAUMA [111003014]

### Associated Diagnoses

| | ICD-10-CM | ICD-9-CM |
|---|---|---|
| **Facial contusion, initial encounter** - Primary | S00.83XA | 920 |

### Order Information

| Date | Department | Released By/Authorizing |
|---|---|---|
| 12/16/2015 | Mount Sinai Emergency Department | Ashley Pessolano, PA (auto-released) |

### Order Providers

| Authorizing Provider | Encounter Provider |
|---|---|
| Ashley Pessolano, PA | None |

### Referral Contact Info

This is a confidential document. Please dispose of it appropriately.

Washington, Ciera (MR # 8179954)                    Encounter Date: 12/16/2015

Enc. Provider                Enc. Department              Dept. Phone No.
Not on File                  Emergency Department

**Additional Details**
View Order Tracking

This is a confidential document. Please dispose of it appropriately.                    Page 3 of 3

**Ciera Washington00043**

Washington, Ciera (MR # 8179954)                                          Encounter Date: 12/16/2015

| **Results** | CT HEAD WO CONTRAST (Accession 8219350) (Order 169972728) |
|---|---|

**Link**

Click Here To View Result

**Result Information**

| Result Date and Time | Status |
|---|---|
| 12/16/2015 11:24 AM | Final result |

**Exam Information**

| Ancillary ID:  8219350 | Exam Completion:  12/16/2015 1100 |
|---|---|

**12/16/2015 11:24 AM - Radiology Results Interface**

**Narrative**

NONCONTRAST CT OF THE HEAD

CLINICAL INDICATION: Stroke in the head with gun

TECHNIQUE: Noncontrast CT examination of the head was performed using brain and bone algorithms.

Radiation dose estimate (Total exam DLP): 526 mGy-cm.

COMPARISON: None available.

FINDINGS: There is no evidence of mass or intracranial hemorrhage. Ventricles and sulci are normal in size and configuration for the patient's stated age. No midline shift or other significant mass effect is noted. Gray-white differentiation is maintained throughout.

Bone window images demonstrate no evidence of fracture or focal lytic or blastic lesion. The visualized paranasal sinuses and tympanomastoid spaces are clear. There is scattered ossification involving the interhemispheric falx and tentorial leaflets bilaterally, an incidental finding. There is no calvarial fracture.

**Impression**

IMPRESSION:

No calvarial fracture or intracranial hemorrhage.

I, Kambiz Nael, M.D, have reviewed this radiological study personally and I am in full agreement with the findings presented in this report.

**Result History**

CT HEAD WO CONTRAST (Order #169972728) on 12/16/2015 - Order Result History Report

**Imaging Information**

**Exam Information**

| Performed Procedure | Study Status | Begin Time | End Time |
|---|---|---|---|
| CT Head WO Contrast | Final | N/A | N/A |

**Staff Information**

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|

Ciera Washington00044

Washington, Ciera (MR # 8179954)                                    Encounter Date: 12/16/2015

| N/A | N/A | N/A | N/A |

**Verification Information**

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| Kambiz Nael, MD | Dec 16, 2015 | Kambiz Nael, MD | Dec 16, 2015 |

**Washington,Ciera**          Description: **Female** DOB: **1/7/1990**
**12/16/2015 7:49 AM  ED**    Department: **Mount Sinai Emergency Department**
MRN: **8179954**              Encounter Visit ID: **74494435**

| Order | CT HEAD WO CONTRAST [70450 (CPT®)] (Ancillary ID:8219350) (Order 169972728) |
|---|---|

**Order Information**

| Order Date/Time | Release Date/Time | Start Date/Time | End Date/Time |
|---|---|---|---|
| 12/16/15 09:01 | 12/16/15 09:01 | 12/16/15 09:00 | 12/16/15 09:00 |

**Order Details**

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| 1 TIME IMAGING | 1  occurrence | STAT | Hospital Performed |

**Order Questions**

| Question | Answer | Comment |
|---|---|---|
| Pregnant? | No | |
| Ordering provider pager number | 78726 | |
| Isolation? | None | |
| Oral Contrast | N/A | |
| Note: Must Place Separate Order For Oral Contrast | | |
| Reason for Exam? | struck in head with gun multiple times | |

**Reason For Exam**

HEAD INJURY MILD OR MODERATE ACUTE, NO NEUROLOGICAL DEFICIT [4931]

**Order Information**

| Date | Department | Released By/Authorizing |
|---|---|---|
| 12/16/2015 | Mount Sinai Emergency Department | Ashley Pessolano, PA (auto-released) |

**Order Providers**

| Authorizing Provider | Encounter Provider |
|---|---|
| Ashley Pessolano, PA. | None |

**Referral Contact Info**

| Enc. Provider | Enc. Department | Dept. Phone No. |
|---|---|---|
| Not on File | Emergency Department | |

**Additional Details**

View Order Tracking

| | | | |
|---|---|---|---|
| Directions: | Take 1 tablet by mouth every 8 hours as needed for Moderate Pain. | | |
| Start: | 12/16/15 | | |
| Quantity: | 15 tablet | Refills: | 0 |

**oxyCODONE-acetaminophen (PERCOCET) 5-325 mg tablet**

| | | | |
|---|---|---|---|
| Directions: | Take 1 tablet by mouth every 6 hours as needed for Severe pain. Max Daily Amount: 4 tablets. Take with food | | |
| Start: | 12/16/15 | | |
| Quantity: | 15 tablet | Refills: | 0 |

---

Discharge Instructions

---

# Physical Assault [Adult]

You have been examined today for physical injuries. Because of the emotional upset that happens during a physical assault, you may not be aware of areas of pain or injury until tomorrow. Watch for the signs below.

Following a physical assault, it is normal to feel many strong emotions. Shock, embarrassment, fear, depression, blame, guilt, shame or anger are all very common and normal feelings. For a while, you may find it hard to find a sense of balance in your life. You may not be able to think clearly and you may have strong emotions about what happened to you. This is normal.

It can take time to get back to the point where you feel comfortable and safe again. Crisis intervention and supportive counseling can help you get through this.

Many states require your doctor to notify the law enforcement agency when they treat a victim of a violent crime. This does not mean that you have to prosecute or go to trial. You may be eligible for compensation of medical costs or losses related to the assault. Talk to the local law enforcement agency for details.

## Home Care:

1) Follow your doctor's advice regarding the care of any physical injuries.

2) You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control pain, unless another pain medicine was prescribed. [ NOTE : If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.]

3) Don't isolate yourself. For the next few days, you may prefer to stay with family or a friend for emotional support and a sense of physical safety. Seek out local resources or refer to the links below for more information.

## Follow Up

with your doctor or as advised by our staff. Refer to the links below for more information.

1. National Center for Victims of Crime (NCVC) (offers victim services, referrals, articles on victim issues, and other resources) www.ncvc.org , 800-394-2255
2. National Organization for Victim Assistance (NOVA) (articles on victims issues, provides victim assistance, coordinates the National Crime Victim Information and Referral Hotline) www.trynova.org, 800-879-6682

[NOTE: If X-rays were taken, they will be reviewed by a radiologist. You will be notified of any other findings that may affect your care.]

## Get Prompt Medical Attention

Ciera Washington00046

if any of the following occur:

-- New or worsening headache or visual problems

-- New or worsening neck, back, abdomen, arm or leg pain

-- Shortness of breath or increasing chest pain

-- Repeated vomiting, dizziness or fainting

-- Excessive drowsiness or unable to wake up as usual

-- Confusion or change in behavior or speech, memory loss or blurred vision

-- Redness, swelling, or pus coming from any wound

© 2000-2014 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

# Facial Contusion

A facial contusion is a bruise with swelling. You may also have bleeding under the skin. The swelling should start to go down within 2 days. You don't have any signs of a serious injury at this time. But symptoms may show up later that could be a sign of a more serious problem. You should watch for the warning signs listed below.

## Home care

The following guidelines will help you care for your injury at home:

3. If you have swelling of the face, use an ice pack for 20 minutes every 1 to 2 hours until the swelling starts to go down. You can make your own ice pack by putting crushed ice in a plastic bag. Wrap the bag in a thin towel.
4. If you have scrapes or cuts on your face, clean them daily with soap and water. Put an antibiotic ointment or cream on them for the first few days to prevent infection.
5. You may use acetaminophen to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease, talk with your doctor before using this medicine. If this is for your child, talk with the doctor before giving your child any over-the-counter medicine. This is especially true in children younger than 6 months old.
6. For the next 24 hours:
   1. Don't drink alcohol, or use sedatives or medicines that make you sleepy.
   2. Don't drive or operate machinery.
   3. Avoid doing anything strenuous. Don't lift or strain.

## Special note on concussions

If you had any symptoms of a concussion today, don't return to sports or other activity that could result in another head injury.

These are symptoms of concussion:

- Nausea
- Vomiting
- Dizziness

Ciera Washington00047