# EXHIBIT 9

# Walgreens
## AT THE CORNER OF HAPPY & HEALTHY®

## VOLUNTARY STATEMENT

I, Luis Guerrero, make the following voluntary statement to (APM) Troy, who had identified himself/herself to me as an Asset Protection Manager of the Walgreens Family of Companies. No promises have been made, nor have I been threatened or mistreated by Troy or anyone else into giving this voluntary statement.

I am currently a (position code) Mgr, at Store # 14489, address 3387 Broadway. I have worked for the Walgreens Family of Companies since: _____.

On October 16, 2015 I Luis Guerrero Reviewed the AP dashboard I noticed prices were modify to less than the cost, by another associate other than Ciera Washington. Ciera Washington, was approach with professionalism was told that the purchases that she made on October 8, 2015 were Modify to less than the original cost of goods. Since she was new to the company she does not have any knowledge of company policy I decide to rong her over and Make her paying to the original retail price. I decide to contact AP to repnt the incident that when I noticed that Ciera Washington and gregory Spears were working together and they created a pattern of price Modification that lead to termination of gregory Spear on November 2015.

This is a true and accurate statement of the facts:

Signature _____ Date 2/22/16 Time 11.50 AM
APM _____ Date 2/22/16 Time 11:50 AM
Witness _____ Date _____ Time _____

Page 1 of 1

CONFIDENTIAL

DR 000172