# EXHIBIT 10

# Ghobrial, Vivian

**To:** DR-Manager 14417; dr-manager 14489
**Cc:** Petrarchi, Robert; Hennessy, Troy; Logosso, Paul
**Subject:** FW: Ciera Washington
**Attachments:** ciera washington br history .pdf; 14489 screenshots.docx; 20151008T171148-20151008T171432_%T1.dxa; 02232016100749-0001.pdf

Name: Ciera Washington
Classification: Shift-Leader
Store Location #: 14417
Termination Reason: Violation of Rules

DOH: 09/16/15
Last day worked: 02/22/16

HR has reviewed Ciera's paperwork and video regarding her suspension and supports the decision to terminate. Please contact Ms. Washington and inform her that her employment is terminated due to an investigation that shows her accepting items that were price modified for her by another associate and for failure to get a bag check prior to leaving the store. If Ciera has any questions, please refer her to her union representative. Please be sure to submit a status change to Data Entry for termination processing.


Managers,

Going forward please partner with AP prior to addressing a possible theft issue

Thank you,
Vivian Ghobrial


**From:** Hennessy, Troy
**Sent:** Friday, February 19, 2016 7:09 AM
**To:** Ghobrial, Vivian
**Subject:** FW: Ciera Washington



**From:** Petrarchi, Robert
**Sent:** Thursday, February 18, 2016 8:19 PM
**To:** Ghobrial, Vivian
**Cc:** Hennessy, Troy
**Subject:** Re: Ciera Washington

Was this finalized? Store 14489 said she called and said she was coming back to work on Monday. How should we proceed?

Sent from my iPhone

On Feb 3, 2016, at 1:11 PM, Petrarchi, Robert <petrarcr@duanereade.com> wrote:

1