# EXHIBIT 11

# Internal Investigation Form - Read Only: IC10005624886



## Investigation Form

*All required fields will be highlighted in RED until the entry is saved. These required fields must be completed prior to submitting for approval.*

**Legal Hold?** [?]

| Investigation | Notes | All |

### Incident Detail

| | | | |
|---|---|---|---|
| *** Location** | 14489 - Store #14489 - 3387 BROADWAY NEW YORK, NY | **Date Created** | 11/2/2015 |
| **1 - Location Type** | Store | **Date of Incident** [?] | 11/2/2015 |
| **2 - Department** | Field APM | **Day Of Week** | Monday |
| **3 - Leadership** | Senior Director APS | **Incident Time** [?] | |
| **4 - Management** | APD 35 JOE STEIN | **Event Type** | Internal |
| **Store Phone Number** | | **Event Sub Type** | |
| **Address** | 3387 BROADWAY | *** Predication Source** | Store Operations |
| **City** | NEW YORK | *** Predication Method** | Exception Report Review |
| **State** | NY | | |
| **ZIP** | 10031 | | |
| **District** | D00760 Upper Manhattan DWAYNE RICHARDS | | |
| **Region** | R00035 Duane Reade Jeff Bruneteau | | |

### Record Status

| | |
|---|---|
| **Created By** | FERNANDO MALDONADO |
| **Owner ID** | TROY HENNESSY |
| **Status** | -Closed |

### Subject Information (4)

| | | | | |
|---|---|---|---|---|
| **Last Name** | PEREZ | | **Last Name** | SPEARS |
| **First Name** | | | **Middle Name** | |
| **Home Address** | | | **First Name** | |
| **Address 2** | | | **Home Address** | |
| **City** | | | **Address 2** | |
| **State** | | | **City** | |
| **Zip / Postal Code** | | | **State** | |
| **Office Phone** | | | **Zip / Postal Code** | |
| **Birth Date** | | | **Birth Date** | |
| **Job Title** | Cashier Duane Reade | | **Job Title** | Stockperson Duane Reade |
| **Employee ID** [?] | 2329750 | | **Employee ID** [?] | 2468160 |
| **Employee Status** | Terminated | | **Employee Status** | Terminated |
| **Department** | District Management | | **Department** | District Management |
| **Company Hire Date** | 11/27/2013 | | **Company Hire Date** | 2/12/2015 |
| **Separation Date** | 10/5/2016 | | **Separation Date** | 11/9/2015 |
| **Last Name** | DAVIS | | **Last Name** | WASHINGTON |

| | | | | |
|---|---|---|---|---|
| **Middle Name** | | | **Middle Name** | C |
| **First Name** | | | **First Name** | CIERA |
| **Home Address** | | | **Home Address** | |
| **Address 2** | | | **Address 2** | |
| **City** | | | **City** | |
| **State** | | | **State** | |
| **Zip / Postal Code** | | | **Zip / Postal Code** | |
| **Birth Date** | | | **Birth Date** | |
| **Job Title** | Cashier Duane Reade | | **Job Title** | Shift Leader Duane Reade |
| **Employee ID [?]** | 2494982 | | **Employee ID [?]** | 2534450 |
| **Employee Status** | Terminated | | **Employee Status** | Terminated |
| **Department** | District Management | | **Department** | District Management |
| **Company Hire Date** | 5/21/2015 | | **Company Hire Date** | 9/16/2015 |
| **Separation Date** | 12/16/2015 | | **Separation Date** | 2/23/2016 |

**Reporting Party [?]**                            Yes

### Reporting Party [?] (1)

**First Name** LUIS
**Middle Name** ADAMS
**Last Name** GUERRERO
**Employee ID** 1874910
**Job Title** Duane Reade Store Manager

**Witness [?]**
**Person with Knowledge [?]**
**Parent or Guardian [?]**
**Victim [?]**

### Allegation(s)

| Subject of Allegation | Allegation | Specific Type | Method | Allegation Status |
|---|---|---|---|---|
| SPEARS (Subject Information) | Theft or Fraud | Unauthorized Discounts | POS - Price Modify | Confirmed |
| PEREZ (Subject Information) | Theft or Fraud | Unauthorized Discounts | POS - Price Modify | Not Confirmed |
| DAVIS (Subject Information) | Theft or Fraud | Unauthorized Discounts | POS - Price Modify | Confirmed |

**\* Have You Finalized All Allegation Statuses?**
**Was Training/Policy Reviewed with Team Members?**

### Investigation Detail

#### Investigative Questions

Were you assisted by any Corporate APS Personnel (Ex.    No
Investigative Analyst)?

### LP Dashboard Usage

**Was AP Dashboard Used?**                          No

## Administrative Section

**\* Do any Prescription Billing Claims need to be Reversed?**   No
**Please contact your Healthcare Supervisor to coordinate the reversal**

**\* Was Cash, Merchandise or Drugs Involved?**   No

**Was Credit or Debit card, W Card, Balance Rewards, Prescription Savings Club or Checking Account information obtained?**

**Law Enforcement Notified?**

### \* Full Narrative

On 11/02/2015 Asset Protection Manager (APM) Troy Hennessy was contacted by the Point of Contact (POC) ▇ Maldonado regarding possible fraudulent discounts at store 14489. POC attached a business objects report concerning price modifications.

On 11/05/2015 APM reviewed CCTV and POS transactions. ▇ Spears (Subject) can be seen on camera at the same time price modifications are notated on the business objects report. Also seen on camera is ▇ Perez (Subject Perez) receiving discounted merchandise from Subject Spears.

On 11/09/2015 APM interviewed Subject Spears and Subject Perez in the presence of Store Manager (SM) Luis Guerrero . Subject Perez stated that the discount she received was due to a sale product substitution. This was confirmed by reviewing the sales flyer. Subject Spears admitted to performing fraudulent price modifies totaling $480. Subject stated that he was performing price modifications for people that needed help. APM contacted Human Resources (HR) Representative Vivian Ghobrial and shared the facts of the case.

On 11/12/2015 Subject Spears was terminated by SM after HR recommendation.

[Further review of video shows ▇ Davis (Subject Davis) and Ciera Washington (Subject Washington) receiving discounted merchandise form Subject Spears as well. Subject Davis resigned from the company before an interview was possible. Subject Washington is currently on medical leave.]

On 2/22/2016 APM interviewed Subject Washington in the presence of SM. Subject Washington admitted to leaving the store with merchandise that was reduced by Subject Spears. Subject Washington stated that she returned some merchandise at a later date. Subject Washington provided a written statement. Subject was suspended by SM. APM HR and shared the facts of the case along with the statement.

On 2/23/2016 Subject Washington was terminated by SM after HR recommendation

\*Video files will not upload but are filed at 40 Wall St. 21st Floor NY, NY 10003

### Evidence Attachments

(After attaching Digital Evidence, Retain a Hard Copy Only if Required by Authorities) **(6)**

| Description | File Name | Attached By | Date | Evidence given to PD |
|---|---|---|---|---|
| ELECTRONIC JOURNAL REPORT ( Transactions 10/10/2015 ) | 14489 Transactions 10102015.pdf | | 11/2/2015 | 0 |
| OTHER | 14489 statements.pdf | TROY HENNESSY | 11/16/2015 | 0 |
| WRITTEN STATEMENT(S) | 14489 ▇ perez statement.pdf | TROY HENNESSY | 11/20/2015 | 0 |
| WRITTEN STATEMENT(S) | 14489 ▇ Yeotis statement.pdf | TROY HENNESSY | 11/20/2015 | 0 |
| ELECTRONIC JOURNAL REPORT | ciera washington br history .pdf | TROY HENNESSY | 3/1/2016 | 0 |

CONFIDENTIAL                                              DR 000849

| | | | | | |
|---|---|---|---|---|---|
| OTHER | | ciera_statement.pdf | TROY HENNESSY | 3/1/2016 | 0 |

## Forms & Letters (0)

| Letter Type | Investigation Related Person | Date Printed/Sent | Printed/Sent by | Printed/Sent |
|---|---|---|---|---|

## Related Events

**Related investigation**

**Related case**
- IC10005841407
- IC10005966063

## Notes [?]

11/5/2015 Store visit- allegation is conformed through CCTV. See subject modifying for another employee ███████. Also possible balance reward fraud. ████ lang may be another person of interest

Dead Space Dead space dead space dead space Dead Space Dead space dead space dead space

## Confidentiality

**Mark this Investigation Confidential?**     No