# EXHIBIT 12

Internal Case Form Read Only: IC10005966063    

# THIS CASE HAS BEEN APPROVED

### Case Form

\* All required fields will be highlighted in RED until the entry is saved. These required fields must be completed prior to submitting for approval.

**Legal Hold? [?]**

| Case | Notes | All |

## Incident Detail

| | | | |
|---|---|---|---|
| * Location | 14489 - Store #14489 - 3387 BROADWAY NEW YORK, NY | Date Created | 3/1/2016 |
| 1 - Location Type | Store | Date of Incident [?] | 11/2/2015 |
| 2 - Department | Field APM | Incident Time [?] | |
| 3 - Leadership | Senior Director APS | Event Type | Internal |
| 4 - Management | APD 35 MICHAEL HOURIGAN JR | Event Sub Type | |
| Store Phone Number | | * Predication Source [?] | Store Operations |
| Address | 3387 BROADWAY | * Predication Method | Exception Report Review |
| City | NEW YORK | | |
| State | NY | | |
| ZIP | 10031 | | |
| District | D00760 Upper Manhattan DWAYNE RICHARDS | | |
| Region | R00035 Duane Reade Jeff Bruneteau | | |

### Record Status

| | |
|---|---|
| Created By | TROY HENNESSY |
| Owner ID | TROY HENNESSY |
| Status | Closed |

### Subject Information (1)

| | |
|---|---|
| Last Name | WASHINGTON |
| Middle Name | C |
| First Name | CIERA |
| Home Address | |
| Address 2 | |
| City | |
| State | |
| Zip / Postal Code | |
| Birth Date | |
| Job Title | Shift Leader Duane Reade |
| Employee ID [?] | 2534450 |
| Employee Status | Terminated |

| Department | District Management |
| --- | --- |
| Company Hire Date | 9/16/2015 |
| Separation Date | 2/23/2016 |

**Reporting Party [?]**  Yes

**Reporting Party [?] (1)**

First Name  LUIS
Middle Name  ADAMS
Last Name  GUERRERO
Employee ID  1874910
Job Title  Duane Reade Store Manager

| | |
| --- | --- |
| Witness [?] | No |
| Person with Knowledge [?] | No |
| Parent or Guardian | No |
| Person Acting in Concert (If not already documented as an additional Subject) [?] | |
| Victim [?] | No |

**Allegation(s)**

| Subject of Allegation | Allegation | Specific Type | Method | Allegation Status |
| --- | --- | --- | --- | --- |
| ▇▇▇ SPEARS (Persons Acting In Concert) | Theft or Fraud | Unauthorized Discounts | POS - Price Modify | Confirmed |
| ▇▇▇ PEREZ (Persons Acting In Concert) | Theft or Fraud | Unauthorized Discounts | POS - Price Modify | Not Confirmed |
| ▇▇▇ DAVIS (Persons Acting In Concert) | Theft or Fraud | Unauthorized Discounts | POS - Price Modify | Confirmed |
| CIERA WASHINGTON (Subject Information) | Theft or Fraud | Unauthorized Discounts | POS - Price Modify | Confirmed |

\* Have You Finalized All Allegation Statuses?

Should Compliance be notified?

**Subject Disposition**

| | | | |
| --- | --- | --- | --- |
| * Did you interview the Subject? | Yes | * Was the Subject Suspended? | Yes |
| Date Interviewed | 2/22/2016 | * Final Subject Disposition | Terminated |
| Did You Have a Witness for the Interview? | Yes | Separation Date | 2/23/2016 |
| First Name of Witness: | Luis | If the Subject was interviewed, did the person who witnessed the interview also inform the employee of termination? | Yes |
| Last Name of Witness: | Guerrero | Was Civil Demand reviewed with the Employee? | No |
| Job Title of Witness: | Store Manager | * Significant Case? [?] | No |
| Verbal Admission? | Yes | * Employee Relations Consulted? | Yes |
| Written Statement? | Yes | First Name of ER Contact: | Vivian |
| * Subject was Acting... | | Last Name of ER Contact: | Ghobrial |
| | | * Subject Prosecuted? | No |
| | | | No |

| | |
|---|---|
| * Trespass Notice Issued? (Print Form Below & Have Subject Sign) [?] | |

## Investigation Detail

### Investigative Questions

| | |
|---|---|
| Were you assisted by any Corporate APS Personnel (Ex. Investigative Analyst)? | No |
| Were you assisted by any local Pharmacy personnel? | No |

### AP Dashboard Usage

| | |
|---|---|
| Was AP Dashboard Used? | No |

## Administrative Section

| | |
|---|---|
| * Do any Prescription Billing Claims need to be Reversed? Please contact your Healthcare Supervisor to coordinate the reversal [?] | No |
| * Was Cash, Merchandise or Drugs Involved? | No |
| Was Credit or Debit card, W Card, Balance Rewards, Prescription Savings Club or Checking Account information obtained? | No |
| Law Enforcement Notified? | No |

### Significant Case Summary

(Do Not Include Confidential Information.) [?]

No record found

### * Full Narrative

On 11/02/2015 Asset Protection Manager (APM) Troy Hennessy was contacted by the Point of Contact (POC) Fernando Maldonado regarding possible fraudulent discounts at store 14489. POC attached a business objects report concerning price modifications.

On 11/05/2015 APM reviewed CCTV and POS transactions. Greg ▇▇▇ (Subject) can be seen on camera at the same time price modifications are notated on the business objects report. Also seen on camera is ▇▇ Perez (Subject Perez) receiving discounted merchandise from Subject Spears.

On 11/09/2015 APM interviewed Subject Spears and Subject Perez in the presence of Store Manager (SM) Luis Guerrero . Subject Perez stated that the discount she received was due to a sale product substitution. This was confirmed by reviewing the sales flyer. Subject Spears admitted to performing fraudulent price modifies totaling $480. Subject stated that he was performing price modifications for people that needed help. APM contacted Human Resources (HR) Representative Vivian Ghobrial and shared the facts of the case.

On 11/12/2015 Subject Spears was terminated by SM after HR recommendation.

Further review of video shows ▇▇▇ Davis (Subject Davis) and Ciera Washington (Subject Washington) receiving discounted merchandise form Subject Spears as well. Subject Davis resigned from the company before an interview was possible. Subject Washington is currently on medical leave.

On 2/22/2016 APM interviewed Subject Washington in the presence of SM. Subject Washington admitted to leaving the store with merchandise that was reduced by Subject Spears. Subject Washington stated that she returned some merchandise at a later date. Subject Washington provided a written statement. Subject was suspended by SM. APM HR and shared the facts of the case along with the statement.

On 2/23/2016 Subject Washington was terminated by SM after HR recommendation

*Video files will not upload but are filed at 40 Wall St. 21st Floor NY, NY 10003

## Evidence Attachments

(After attaching Digital Evidence, Retain a Hard Copy Only if Required by Authorities) (6)

| Description | File Name | Attached By | Date | Evidence given to PD |
|---|---|---|---|---|
| ELECTRONIC JOURNAL REPORT ( Transactions 10/10/2015 ) | 14489 Transactions 10102015.pdf | MALDONADO | 11/2/2015 | 0 |
| OTHER | 14489 statements.pdf | TROY HENNESSY | 11/16/2015 | 0 |
| WRITTEN STATEMENT(S) | 14489 ███ perez statement.pdf | TROY HENNESSY | 11/20/2015 | 0 |
| WRITTEN STATEMENT(S) | 14489 ███ Yeotis statement.pdf | TROY HENNESSY | 11/20/2015 | 0 |
| ELECTRONIC JOURNAL REPORT | ciera washington br history .pdf | TROY HENNESSY | 3/1/2016 | 0 |
| OTHER | ciera statement.pdf | TROY HENNESSY | 3/1/2016 | 0 |

## Forms and Letters (0)

| Letter Type | Case Related Person | Printed Date | Printed By | Printed |
|---|---|---|---|---|

## Restitution Payments

| Date Paid | Amount Paid | Register Number | Transaction Number |
|---|---|---|---|

## Related Events

**Related investigation**
- IC10005624886

## For Leadership Use Only

**Civil Demand Override [?]**
**Restitution Override [?]**

## Task (0 Pending)

## Notes [?]

11/5/2015 Store visit- allegation is conformed through CCTV. See subject modifying for another employee ███. Also possible balance reward fraud. ███ lang may be another person of interest

**Mark This Case Confidential?**  No