# EXHIBIT 14

**Walgreens**
AT THE CORNER OF HAPPY & HEALTHY®

## VOLUNTARY STATEMENT

I, Cieria Washington, make the following voluntary statement to (APM) Troy, who had identified himself/herself to me as an Asset Protection Manager of the Walgreens Family of Companies. No promises have been made, nor have I been threatened or mistreated by Troy or anyone else into giving this voluntary statement.

I am currently a (position code) _____, at Store # 4489, address 3387 broadway avenue. I have worked for the Walgreens Family of Companies since: 2015.

On 10/08 - 10/13 gregory rang me up for several items that I purchased in the store before leaving for charleston S.C to my grand-fathers funeral. I was on my phone and laughing and joking with my phone call as the transaction was being processed left the store after paying for all of the items when I returned to work on middle/end of october manager Luis brought it to my attention that Gregory modifed many items for me i had NO knowledge of him doing so Luis then told me it's not a problem at all Gregory has been doing this for serveral other people I have nothing to worry about Joel the Asm then told me to repurchase All the items at the right price I then did so i repayed for Every Single item with NO issue at all they luis and Joel then told me everything was fine. Another time maybe few days next page

This is a true and accurate statement of the facts:
Signature [signature] Date 2/22/16 Time 11:12 AM
APM [signature] Date 2/22/16 Time 11:14 A
Witness [signature] Date 2/22/16 Time 11:15 AM
Page 1 of 3

1 of 2

CONFIDENTIAL
DR 000173

# Walgreens
AT THE CORNER OF HAPPY & HEALTHY®

## VOLUNTARY STATEMENT

I, Greta Washington, make the following voluntary statement to (APM) _____, who had identified himself/herself to me as an Asset Protection Manager of the Walgreens Family of Companies. No promises have been made, nor have I been threatened or mistreated by _____ or anyone else into giving this voluntary statement.

I am currently a (position code) _____, at Store # _____, address _____. I have worked for the Walgreens Family of Companies since: _____.

i purchased other items when i left the store i then realized gregory had rang me up for Crest strips at a way lower price i then called him and said why did you modify the strips and put them in my bag your pursing. i opened the store the next day with lus. and i looked at the 1st Register were gregory rang me up as and i seen the strips at that register so i knew he put them back and i left it like that when i returned to work i then realized that luis wanted to talk to me about something i went into the office he showed me the video of gregory ranging me up he told me he knew i didn't know what he was dang and told me dont worry all i need to do is buy the items after that i never allowed gregory to ring me up again. Then i came back to work my store was changed.

Next page.

This is a true and accurate statement of the facts:
Signature _Greta Wash_ Date 2/22/16 Time
APM _____ Date 11.73 Time
Witness _____ Date 11/22/16 Time 11:15AM
Page 2 of 2

2/2

CONFIDENTIAL DR 000174

# Walgreens
AT THE CORNER OF HAPPY & HEALTHY®

## VOLUNTARY STATEMENT

I, Ciera Washington, make the following voluntary statement to (APM) _____, who had identified himself/herself to me as an Asset Protection Manager of the Walgreens Family of Companies. No promises have been made, nor have I been threatened or mistreated by _____ or anyone else into giving this voluntary statement.

I am currently a (position code) _____, at Store # _____, address _____. I have worked for the Walgreens Family of Companies since: _____.

After my store was changed began working in new store @ 125 bradway shortly after open the store was robbed at gun point my face was fractured and my ankle was sprane then i was on compersation for 3 months i came back to work and the first day back LP was here waiting for me he then accused me of having a fincial situation b/c gregory modified items for me that i already paid back months ago and after paying back those items gregory never rang me up afterwards so im very confused about how this company can accuse me of bein in a fincial bind and reach out to me after gregory modied smething on his own and did right by paying and returning All those items but Not 1 person reached out to me after being Robbed while working for this company @ gun point due to lack of employees wanting to come to work including manager where i was forced to open by myself.

This is a true and accurate statement of the facts:
Signature _____ Date 2/22/16 Time _____
APM _____ Date 11:13 Am Time _____
Witness _____ Date 2/22/16 Time 11:14am

Page 2 of 3

3|2

CONFIDENTIAL

DR 000175