# EXHIBIT 17

# Walgreen Company
## Performance Rating History Report

Prepared on: 4/13/17

**\*Disclaimer: As of December 1, Duane Reade employees are included in the report, both union and non-union. The report excludes any employees not on Walgreens Payroll (e.g., partial Take Care and all Option Care).**

| Employee Name | Employee Id | 2534450 |
|---|---|---|
| **Ciera C Washington** | | |
| | Hire Date | 9/16/2015 |
| ▇▇▇▇▇▇▇▇▇▇ | Last Date Paid | 1/18/2016 |
| ▇▇▇ | Current Status | T |
| ▇▇▇▇▇▇▇▇▇▇ | Termination Date | 02/23/2016 |

| Current Pos | Current LOC | Current Dist | Current/Last District Name | Market |
|---|---|---|---|---|
| STLD | 14417 | 760 | Upper Manhattan | 35 |

| Rating Period End Date | Perf.Rating (1 --> 5 pt. scale) | Manager Signed Date | Employee Signed Date | Position When Rated | District At Time of Rating | District Name At time of Rating | Review Type |
|---|---|---|---|---|---|---|---|
| | | | | | | | Annual |

| Disciplinary Review Information ||||||||
|---|---|---|---|---|---|---|---|
| Disc Review Rating Date | Disc Review Rating | Disc Review Rating Desc | Manager Signed Date | Employee Signed Date | Disc Position When Rated | Disc Location When Rated |
| | | | | | | |