# EXHIBIT 18

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/12/2016 | MEPERRY | MEPERRY | Claim | FN | Financial | C240<br><br>Total Wages: $18,092.44<br>Using a 46 week divisor, AWW: $393.31<br><br>TTD: $262.21<br>Marked: $196.66<br>Moderate: $150 (min)<br>Mild: $150 (min)<br>Mount Sinai 2▮▮▮▮▮▮▮▮<br>This is the ER number, I asked for the billing department. I was transferred to the switchboard. I asked for the billing department again. I was transferred. | |
| 1/12/2016 | MEPERRY | MEPERRY | Claim | MD | Medical Status/Management | I was on hold for approx 6 minutes and disconnected the call. | |
| 1/12/2016 | MEPERRY | MEPERRY | Claim | CM | Claimant Contact | I called the clmt at ▮▮▮▮▮▮▮▮. I let her know that the amount of her check would be $262.21 per week. I explained to her that the check was entered into the system today and the check would be mailed out tomorrow. I explained to her that was the pay for one week. I explained to her again there is a 7 day waiting period which applied from 12/17/2015-12/23/2015. I paid her out of work from 12/24/2015-12/30/2015. I stated to pay her for the initial 7 day waiting period and ongoing lost time I would need ongoing medical records to support a disability. She argued with me that she faxed me over medical records from the ER and I explained to her I did not have anything. I had to disconnect the call as she was screaming and becoming hostile.<br><br>She called me back. She began screaming and yelling again. I asked her if she sought treatment outside out Mt Sinai ER and she stated she sought treatment with pain management and a psychiatrist that do not accept WC. I stated she would need to find providers that accept WC so the billing can be sent to Sedgwick as well as the medical records for ongoing lost time. I requested she fax me over the records she had from Mt Sinai and request the records from the two current MDs and send them over. I stated once she found new treating providers she would need to provide me with the name and phone number so I can be in constant contact for the medical records and treatment status. She stated she would send the records from the ER today.<br>medical records and information for new MD pending from clmt to complete contact and continue benefits | |
| 1/14/2016 | MEPERRY | MEPERRY | Claim | MD | Medical Status/Management | s/w clmt yesterday requesting information | |
| 1/19/2016 | MEPERRY | MEPERRY | Claim | RC | Review for Closure | claim not appropriate for closure at this time as treatment continues and clmt remains out of work | |