17-cv-2393 (JMF)
Washington v. Walgreens et al

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/04/2018
```

To whom it may concern:

    I Ciera Washington am writing this affidavit to assure you of a payment arrangement that I can keep and meet every month to counsel that is in my budget until payment is complete of what I owe for my sanction the payment schedule I am agreeing to is what I can afford and pay on a timely basis due to not being employed as of right now and I am not on any public assistance at this present moment   the budget I have is based on my mother's help to pay this sanction I will agree to pay on time to counsel with this agreement schedule below .

November 1st, 2018- $35.00

November 15th 2018-$35.00

November 30th 2018- $35.00

December 14th 2018- $35.00

December 30th 2018- $35.00

January 10th 2018- $35.00

January 25th 2018- $35.00

February 5th 2018 - $35.00

February 23rd 2018- $35.00

March 3rd 2018- $35.00

March 15th 2018-$35.00

March 29th 2018-$35.00

April 3rd 2018- $35.00

April 15th 2018- $35.00

April 28th 2018- $35.00

May 7th 2018- $35.00

May 25th 2018- $35.00

June 3rd 2018- $35.00

June 19th 2018 -$35.00

June 30th 2018 - $35.00

July 7th 2018 -$35.00

July 23rd 2018 - $35.00

August 3rd 2018- $35.00

August 16th 2018-$35.00

August 29th 2018- $35.00

Here are 26 payment arrangements for up to 10 months or until case is settled and payment is complete thank you.

Sincerely

*[signature]*

Ciera Washington

*[signature] 10/8/18*

KATHLEEN COCCARO
Notary Public - State of New York
NO. 01C06022266
Qualified in Bronx County
My Commission Expires 03/27/19

17-CV-2393

Plaintiff is granted leave to pay the sanction on the schedule set forth herein. She shall provide payment to her counsel, who shall forward the payment within three business days to defense counsel. Defense counsel shall advise the Court of any missed payments.

SO ORDERED.

*[signature]*

October 4, 2018