

## LAW OFFICES OF LAURIE E. MORRISON

October 8, 2018

100 Church Street, 8th Floor  
New York, New York 10007

28 Valley Road, Suite #1  
Montclair, New Jersey 07042

Phone: (212) 721-4051  
Cell: (646) 457-8347  
morrison@lemorrisonlaw.com

**VIA ECF**

Hon. Jesse M. Furman, United States District Judge  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007  
Courtroom: 1105  
Chambers Phone: (212) 805-0282; Deputy Phone: (212) 805-0282

**RE: Ciera Washington v. Walgreens et al**  
**Civil Action No.: 17-cv-2393 (JMF)**

Dear Hon. Furman:

Plaintiff's counsel writes to respectfully request that Plaintiff send all payments to defense counsel directly, rather than sending them to me, per the Court's Order. (Dkt. #151). Defendants consent to this request.

Plaintiff is prepared to make payments to defense counsel directly and timely, as stated in Plaintiff's affidavit, which was submitted to the Court on October 2, 2018. Plaintiff is also fully aware that all payments and payment schedules are Court mandated.

As importantly, forwarding payments to defense counsel directly would avoid potential weeks of delays in Defendants' receipt of each payment. I am rarely, if ever, in the New York or New Jersey offices, as I work outside of the office for conferences, client meetings and for other work-related matters. Therefore, all mail is forwarded to me, which typically takes several days to a week for me to receive, so none of Plaintiff's payments would reach me — and subsequently defense counsel — in a timely manner. I am also not available to mail each and every one of Plaintiff's 26 payments to defense counsel for the next 10 months.

Further, my legal representation is limited to the instant litigation only. Therefore, this case may be resolved, decided or otherwise (and my representation would subsequently end) well before the 10-month installment period is completed.

Respectfully Submitted,

Laurie E. Morrison, Esq.