**Ogletree Deakins**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

1745 Broadway, 22nd Floor
New York, New York 10019
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

Aaron Warshaw
212.492.2509
aaron.warshaw@ogletreedeakins.com

November 29, 2018

**VIA ECF**

Honorable Jesse M. Furman, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    RE:   *Ciera Washington v. Walgreens, et al.*
            17-cv-2393 (JMF)

Dear Judge Furman:

    As Your Honor is aware, we represent Defendants Walgreen Co., Duane Reade Inc., Duane Reade International, LLC, Germaine Allen, and Vivian Ghobrial (collectively, "Defendants") in the above-referenced case. We write notify the Court that the parties have reached a settlement in principle, and to respectfully request that Defendants' pending summary judgment be held in abeyance. We anticipate that the parties will submit a Stipulation of Dismissal within the next thirty days.

    Thank you for Your Honor's continued attention to this matter.

                      Sincerely,

                      OGLETREE, DEAKINS, NASH,
                       SMOAK & STEWART, P.C.

                  By /s Aaron Warshaw
                      Aaron Warshaw
                      Shabri Sharma

CC:   Laurie E. Morrison, Esq.

36504284.1

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington